To:    Bunker B.W. Rogge
In Pro Se
101A Christel Oaks
Scotts Valley, CA 95066

FILED June 24, 2007

2007 JUN 28 P 3: 40

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

Re:    Case Number: 5:2007cv02920 PVT

Dear Mr. Rogge,

I, Defendant Dennis Baker, hereby claim General Denial for all claims listed in your suit. These claims are false, outrageous, and without documentation. I hereby request you immediately file to dismiss this case. If you will not dismiss, I hereby request all documentation in plaintiff's possession regarding this case.

Sincerely,

Dennis Baker

Cc:    Richard W. Wieking