David K. Sergi (135201)
david@sergilaw.com
DAVID K. SERGI & ASSOCIATES, P.C.
109 East Hopkins, Suite 200
San Marcos, Texas 78666
(512) 392-5010 Telephone
(512) 392-5042 Facsimile

*ATTORNEY FOR DEFENDANT TOM PARKER*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | | |
|---|---|---|
| **BUNKER B. W. ROGGE,** § | | **CASE NO. C07-02920** |
| Plaintiff, § | | |
| § | | **DEFENDANT TOM PARKER'S** |
| vs. § | | **NOTICE AND MOTION TO** |
| § | | **DISMISS FOR LACK OF** |
| § | | **PERSONAL JURISDICTION** |
| **BANDERA FALLS PROPERTY** § | | |
| **OWNER'S ASSOCIATION,** § | | |
| **CLAUDE LINDLEY, PAUL AHRENS,** § | | |
| **LORETTA LINDLEY,** § | | |
| **ROB JACOBSON, DENNIS BAKER,** § | | |
| **JEAN KENNEDY,** § | | |
| **KERRY HELGREN-SCHNEIDER,** § | | |
| **SERGIO ORTEGA, TOM PARKER,** § | | |
| Defendants. § | | |

**DEFENDANT'S MOTION AND NOTICE OF MOTION TO DISMISS**
**FOR LACK OF PERSONAL JURISDICTION**

1. To Plaintiff, BUNKER B. W. ROGEE, In Pro Se: PLEASE TAKE NOTICE that Defendant Tom Parker moves hereby for an order dismissing Plaintiff's lawsuit.

2. The grounds for this motion are that Parker, a nonresident of this forum, has committed no acts purposely directed toward this forum that could have given rise or be

related to this action nor has Parker committed any acts constituting continuous and systematic contacts with this forum. Accordingly this forum lack's personal jurisdiction over defendant pursuant to Federal Rule of Civil Procedure 12(b)(2).

3. This motion is based on the pleadings and papers on file in this case and the attached memorandum of points and authorities and affidavit.

Dated: July 5, 2007                                /s/ David K. Sergi
                                                                  DAVID K. SERGI
                                                                  Attorney for Defendant

### CERTIFICATE OF SERVICE

I certify that a copy of "Defendant's Motion and Notice of Motion to Dismiss for Lack of Personal Jurisdiction" was served on plaintiff:

**VIA CMRRR 7003 1010 0002 6421 5660**
**AND FIRST CLASS MAIL**
Bunker B. W. Rogee, In Pro Se
101A Christel Oaks
Scotts Valley, CA 95066
(831) 295-2541

                                                                    /s/ David K. Sergi
                                                                  DAVID K. SERGI
                                                                  Attorney for Defendant Tom Parker