David K. Sergi (135201)
DAVID K. SERGI & ASSOCIATES, P.C.
109 East Hopkins, Suite 200
San Marcos, Texas 78666
(512) 392-5010 Telephone
(512) 392-5042 Facsimile

*ATTORNEY FOR DEFENDANT TOM PARKER*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| BUNKER B. W. ROGGE,<br>Plaintiff. | § § § § | CASE NO. C07-02920 |
| vs. | § § | AFFIDAVIT OF TOM PARKER |
| BANDERA FALLS PROPERTY OWNER'S ASSOCIATION,<br>CLAUDE LINDLEY, PAUL AHRENS,<br>LORETTA LINDLEY,<br>ROB JACOBSON, DENNIS BAKER,<br>JEAN KENNEDY,<br>KERRY HELGREN-SCHNEIDER,<br>SERGIO ORTEGA, TOM PARKER,<br>Defendants. | § § § § § § § § § § | |

## AFFIDAVIT OF TOM PARKER

On this day, TOM PARKER appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said:

1. "My name is TOM PARKER. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

2. TOM PARKER is an individual, nonresident of California, domiciled and residing in Bandera County, Texas.

3. TOM PARKER has not personally visited the State of California for personal or business reasons in over 40 years.

4. TOM PARKER has not conducted business, sent regular mail, sent electronic mail, sent documents by fax, nor made any phone calls not directly in response to this lawsuit in or to the State of California.

5. If TOM PARKER has sent any regular mail, electronic mail, documents by fax, or made any phone calls in or to the State of California regarding or in response to this lawsuit, such acts were conducted for the purpose of obtaining private legal counsel or legal advice. Accordingly, any such acts would constitute privileged attorney-client communications and would not subject TOM PARKER to the jurisdiction of State of California.

6. To the best of his knowledge, TOM PARKER has not conducted business, in any form or by any means, with any residents of California from within the State of Texas.

7. TOM PARKER is not currently a board member of the Bandera Falls Property Owner's Association.

8. TOM PARKER has not been a board member of the Bandera Falls Property Owner's Association since  May 21, 2005  .

9. At no times mentioned in Plaintiff Bunker B. W. Rogers's Complaint was, TOM PARKER, the agent, servant, or employee of any of his co-defendants, nor did he commit any acts within the scope of any agency or employment relationship with his co-defendants.

10. TOM PARKER is a retiree on a limited income

Page 2 of 2

1
2    11. Affiant has personal knowledge of each of the aforementioned facts as affiant
3  is in fact TOM PARKER.
4
5                              *Tom Parker*
6                              TOM PARKER
7
8  SWORN TO and SUBSCRIBED before me by TOM PARKER on July 5, 2007.
9
10
11         [Notary Seal:
12          MICHAEL GAONA
13          Notary Public
14          STATE OF TEXAS
15          My Comm. Exp. March 30, 2011]
16
                                Notary Public in and for the State of Texas

Page 3 of 3

O:\CLIENTS\CURRENT\Parker, Tom\Affidavit of parker 07.05.07.wpd