David K. Sergi (135201)
david@sergilaw.com
DAVID K. SERGI & ASSOCIATES, P.C.
109 East Hopkins, Suite 200
San Marcos, Texas 78666
(512) 392-5010 Telephone
(512) 392-5042 Facsimile

*ATTORNEY FOR DEFENDANT TOM PARKER*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | | |
|---|---|---|
| **BUNKER B. W. ROGGE,** § | | **CASE NO. C07-02920** |
| Plaintiff, § | | |
| § | | |
| § | | **ORDER ON DEFENDANT'S** |
| § | | **MOTION TO DISMISS FOR** |
| vs. § | | **LACK OF PERSONAL** |
| § | | **JURISDICTION** |
| § | | |
| **BANDERA FALLS PROPERTY** § | | |
| **OWNER'S ASSOCIATION,** § | | |
| **CLAUDE LINDLEY, PAUL AHRENS,** § | | |
| **LORETTA LINDLEY,** § | | |
| **ROB JACOBSON, DENNIS BAKER,** § | | |
| **JEAN KENNEDY,** § | | |
| **KERRY HELGREN-SCHNEIDER,** § | | |
| **SERGIO ORTEGA, TOM PARKER,** § | | |
| Defendants. § | | |

**ORDER ON DEFENDANT'S MOTION TO DISMISS**
**FOR LACK OF PERSONAL JURISDICTION**

After considering defendant Parker's motion to dismiss for lack of personal jurisdiction and the response, the court

[ ]    DENIES the motion and retains the case on the docket.

O:\CLIENTS\CURRENT\Parker, Tom\07074civ.C07-02920\Pleadings\PersonalJurisdiction\order personal jurisdiction 07.05.07.wpd                Page 1 of 2

[   ]   GRANTS the motion and dismisses plaintiff's suit without prejudice to refiling in another jurisdiction and retains the case as to the remaining defendants.

SIGNED on July _____, 2007.

_____
U.S DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

  /s/ David K. Sergi
DAVID K. SERGI
Attorney for Defendant Tom Parker