David K. Sergi (135201)
david@sergilaw.com
DAVID K. SERGI & ASSOCIATES, P.C.
109 East Hopkins, Suite 200
San Marcos, Texas 78666
(512) 392-5010 Telephone
(512) 392-5042 Facsimile

*ATTORNEY FOR DEFENDANT TOM PARKER*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| BUNKER B. W. ROGGE,<br>  Plaintiff,<br><br>vs.<br><br>BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, CLAUDE LINDLEY, PAUL AHRENS, LORETTA LINDLEY, ROB JACOBSON, DENNIS BAKER, JEAN KENNEDY, KERRY HELGREN-SCHNEIDER, SERGIO ORTEGA, TOM PARKER,<br>  Defendants. | CASE NO. C07-02920<br><br>DEFENDANT TOM PARKER'S MOTION AND NOTICE OF MOTION TO DISMISS FOR IMPROPER VENUE, OR IN THE ALTERNATIVE TO TRANSFER VENUE |

**DEFENDANT'S MOTION AND NOTICE OF MOTION TO DISMISS IMPROPER VENUE, OR IN THE ALTERNATIVE TO TRANSFER VENUE**

1. To Plaintiff, BUNKER B. W. ROGEE, In Pro Se: PLEASE TAKE NOTICE that Defendant Tom Parker moves hereby for an order dismissing plaintiff's lawsuit, or in

the alternative moves for an order transferring plaintiff's lawsuit.

2. This motion, notice of motion, and memorandum in support of motion are filed subject to defendant Tom Parker's motion to dismiss for lack of personal jurisdiction.

3. The grounds for this motion are that this is an improper forum pursuant to Federal Rule of Civil Procedure 12(b)(3), and that plaintiff's case should be dismissed as authorized by 28 U.S.C. § 1406(a), or in the alternative that venue should be transferred as authorized by 28 U.S.C. § 1404(a).

4. This motion is based on the pleadings and papers on file in this case and the attached memorandums of points and authorities.

Dated: July 5, 2007                                    /s/ David K. Sergi
                                                       DAVID K. SERGI
                                                       Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that a copy of Defendant Tom Parker's Motion and Notice of Motion to Dismiss for Improper Venue, or in the Alternative to Transfer Venue was served on plaintiff:

**VIA CMRRR 7003 0500 0001 9373 2222**
**AND FIRST CLASS MAIL**
Bunker B. W. Rogee, In Pro Se
101A Christel Oaks
Scotts Valley, CA 95066
(831) 295-2541

          /s/ David K. Sergi
       DAVID K. SERGI
       Attorney for Defendant Tom Parker