David K. Sergi (135201)
david@sergilaw.com
DAVID K. SERGI & ASSOCIATES, P.C.
109 East Hopkins, Suite 200
San Marcos, Texas 78666
(512) 392-5010 Telephone
(512) 392-5042 Facsimile

*ATTORNEY FOR DEFENDANT TOM PARKER*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **BUNKER B. W. ROGGE,** §<br>     Plaintiff. §<br> §<br> §<br>vs. §<br> §<br> §<br> §<br>**BANDERA FALLS PROPERTY** §<br>**July 5, 2007OWNER'S ASSOCIATION,** §<br>**CLAUDE LINDLEY, PAUL AHRENS,** §<br>**LORETTA LINDLEY,** §<br>**ROB JACOBSON, DENNIS BAKER,** §<br>**JEAN KENNEDY,** §<br>**KERRY HELGREN-SCHNEIDER,** §<br>**SERGIO ORTEGA, TOM PARKER,** §<br>     **Defendants.** § | **CASE NO. C07-02920**<br><br>**ORDER ON DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE, OR IN THE ALTERNATIVE TO TRANSFER VENUE** |

**ORDER ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SUIT FOR IMPROPER VENUE, OR IN THE ALTERNATIVE TO TRANSFER VENUE**

After considering defendant Parker's motion to dismiss this suit for improper venue, or in the alternative to transfer venue, and the response, the court

[ ]    DENIES the motion and retains the case on the docket.

O:\CLIENTS\CURRENT\Parker, Tom\07074civ.C07-02920\Pleadings\Improper Venue\mtn to dismiss order 07.05.07.wpd                                  Page 1 of 2

[ ]   DENIES the motion to dismiss plaintiff's suit, but GRANTS the motion to transfer the suit to the United States District Court for the Western District of Texas, San Antonio Division, and retains the case as to the remaining defendants.

[ ]   GRANTS the motion and dismisses plaintiff's suit without prejudice to refiling in another district, and retains the case as to the remaining defendants.

SIGNED on July _____, 2007.

_____
U.S DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:


  /s/ David K. Sergi
David K. Sergi