David K. Sergi (135201)
david@sergilaw.com
DAVID K. SERGI & ASSOCIATES, P.C.
109 East Hopkins, Suite 200
San Marcos, Texas 78666
(512) 392-5010 Telephone
(512) 392-5042 Facsimile

*ATTORNEY FOR DEFENDANT TOM PARKER*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| **BUNKER B. W. ROGGE,** § | | **CASE NO. C07-02920** |
| Plaintiff, § | | |
| § | | |
| § | | **DEFENDANT TOM PARKER'S** |
| vs. § | | **MOTION AND NOTICE OF** |
| § | | **MOTION TO DISMISS FOR** |
| § | | **DEFECTIVE PROCESS** |
| § | | |
| **BANDERA FALLS PROPERTY** § | | |
| **OWNER'S ASSOCIATION,** § | | |
| **CLAUDE LINDLEY, PAUL AHRENS,** § | | |
| **LORETTA LINDLEY,** § | | |
| **ROB JACOBSON, DENNIS BAKER,** § | | |
| **JEAN KENNEDY,** § | | |
| **KERRY HELGREN-SCHNEIDER,** § | | |
| **SERGIO ORTEGA, TOM PARKER,** § | | |
| Defendants. § | | |

<u>**DEFENDANT'S MOTION AND NOTICE OF MOTION
TO DISMISS FOR DEFECTIVE PROCESS**</u>

1. To Plaintiff, BUNKER B. W. ROGEE, In Pro Se: PLEASE TAKE NOTICE that Defendant Tom Parker moves hereby for an order dismissing plaintiff's lawsuit.

2. This motion, notice of motion, and memorandum in support of motion are filed subject to defendant Tom Parker's motion to dismiss for lack of personal jurisdiction.

3. The grounds for this motion are that the summons and complaint served upon Tom Parker was not addressed to Tom Parker as the defendant per Federal Rule of Civil Procedure 4(a). Therefore, process was defective under Federal Rule of Civil Procedure 12(b)(4).

4. This motion is based on the pleadings and papers on file in this case and the attached memorandum of points and authorities and exhibits.

Dated: July 5, 2007       /s/ David K. Sergi
     DAVID K. SERGI
     Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that a copy of Defendant Tom Parker's Motion and Notice of Motion to Dismiss for Defective Process was served on plaintiff:

**VIA CMRRR 7003 0500 0001 9373 2239**
**AND FIRST CLASS MAIL**
Bunker B. W. Rogee, In Pro Se
101A Christel Oaks
Scotts Valley, CA 95066
(831) 295-2541

     /s/ David K. Sergi
     DAVID K. SERGI
     Attorney for Defendant Tom Parker