David K. Sergi (135201)
david@sergilaw.com
DAVID K. SERGI & ASSOCIATES, P.C.
109 East Hopkins, Suite 200
San Marcos, Texas 78666
(512) 392-5010 Telephone
(512) 392-5042 Facsimile

*ATTORNEY FOR DEFENDANT TOM PARKER*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **BUNKER B. W. ROGGE,** § <br> Plaintiff § <br> § <br> vs. § <br> § <br> § <br> § <br> **BANDERA FALLS PROPERTY** § <br> **OWNER'S ASSOCIATION,** § <br> **CLAUDE LINDLEY, PAUL AHRENS,** § <br> **LORETTA LINDLEY,** § <br> **ROB JACOBSON, DENNIS BAKER,** § <br> **JEAN KENNEDY,** § <br> **KERRY HELGREN-SCHNEIDER,** § <br> **SERGIO ORTEGA, TOM PARKER,** § <br> Defendants. § | **CASE NO. C07-02920** <br><br> **DEFENDANT TOM PARKER'S MOTION AND NOTICE OF MOTION TO DISMISS FOR DEFECTIVE PROCESS** |

**ORDER ON DEFENDANT'S MOTION TO DISMISS**
**FOR DEFECTIVE PROCESS**

After considering defendant Parker's motion to dismiss for defects in the form of the summons and the response, the court

[.....]   DENIES the motion and retains the case on the docket.

O:\CLIENTS\CURRENT\Parker, Tom\07074civ.C07-02920\Pleadings\Defective Process\mtn to dismiss order 07.05.07.wpd   Page 1 of 2

     [.....]   GRANTS the motion and dismisses plaintiff's suit, and retains the case as to the remaining defendants.

     [.....]   GRANTS the motion and quashes the service.

SIGNED on July _____, 2007.

 

                                                            _____
                                                            U.S DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:


  /s/David K. Sergi               
David K. Sergi