Jun 19 07 03:17p                                                                p.4

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Bunker B. W. Rogge,
      Plaintiff,

**SUMMONS IN A CIVIL CASE**



CASE NUMBER: C07 02920

V.

Bandera Falls Property Owner's Association,
Claude Lindley, Paul Ahrens, Loretta Lindley,
Rob Jacobson, Dennis Baker, Jean Kennedy,
Kerry Helgren-Schneider, Sergio Ortega, Tom Parker, Defendants.

TO: (Name and address of defendant)

    Sergio Ortega
    420 Red Bud Lane
    Pipe Creek, Texas, 78063

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bunker B.W. Rogge, In Pro Se
101A Christel Oaks
Scotts Valley CA 95066

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE June 5, 2007

_(signature)_
(BY) DEPUTY CLERK
Sandy Morris

DEFENDANT TOM PARKER'S MOTION TO DISMISS FOR DEFECTIVE PROCESS
EXHIBIT A