UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BUNKER ROGGE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BANDERA FALLS PROPERTY<br>OWNER'S ASSOCIATION, et al.,<br><br>　　　　　　Defendants. | Case No.: C 07-2920 PVT<br><br>**ORDER SETTING DEADLINES FOR:**<br><br>**1) ALL DEFENDANTS WHO HAVE APPEARED TO FILE EITHER A CONSENT OR A REQUEST FOR REASSIGNMENT; AND**<br><br>**2) DEFENDANT SCHNEIDER TO FILE AN AMENDED NOTICE OF MOTION** |

　　　　On June 25, 2007, Defendant Kerry Holgren Schneider filed a motion to dismiss. Pursuant to Civil Local Rule 73-1(a)(2), all parties who have appeared (either generally or specially) were required to file either written consent to the jurisdiction of the Magistrate Judge, or else a request reassignment to a District Judge, by July 2, 2007. It appears that none of the Defendants have done so. Therefore,

　　　　IT IS HEREBY ORDERED that, no later than July 17, 2007, all Defendants who have appeared (either generally or specially) shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the "Forms" section of the court's website at www.cand.uscourts.gov.

　　　　IT IS FURTHER ORDERED that, no later than July 24, 2007 Defendant Schneider shall file

ORDER, *page 1*

an amended notice of motion properly noticing her motion to dismiss for hearing as required by Civil Local Rule 7-2(a) ("all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion").[1]

Dated: *7/3/07*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] If all Defendants who have appeared file a consent to Magistrate Judge jurisdiction (Plaintiff has already consented), the motion shall be noticed for Judge Trumbull's motion calendar, which is held on Tuesdays at 10:00 a.m. If any Defendant files a declination and the case is reassigned to a District Judge, the motion shall be noticed for the motion calendar of the District Judge to whom the case is reassigned. Information about all Judges' calendars is available on the court's website at www.cand.uscourts.gov.

ORDER, *page 2*

| | |
|---|---|
| 1 | copies mailed on    *7/6/07*            to: |
| 2 | Bunker Rogge |
|   | 101A Christel Oaks |
| 3 | Scotts Valley, CA 95066 |
| 4 | Kerry Holgren Schneider |
|   | c/o George E. Hyde, Esq. |
| 5 | Denton, Navarro, Rocha & Bernal P.C. |
|   | 2517 N. Main Ave. |
| 6 | San Antonio, TX 78212 |
| 7 | Dennis Baker |
|   | 7854 Hank Trail |
| 8 | San Antonio, TX 78250 |

                                                     /s/   Donna Kirchner, for
                                                    CORINNE LEW
                                                    Courtroom Deputy

ORDER, *page 3*