David K. Sergi (135201)
david@sergilaw.com
DAVID K. SERGI & ASSOCIATES, P.C.
109 East Hopkins, Suite 200
San Marcos, Texas 78666
(512) 392-5010 Telephone
(512) 392-5042 Facsimile

*ATTORNEY FOR DEFENDANT TOM PARKER*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | | |
|---|---|---|
| **BUNKER B. W. ROGGE,** § | | **CASE NO. C07-02920** |
| Plaintiff, § | | |
| § | | |
| § | | **DEFENDANT TOM PARKER'S** |
| vs. § | | **MOTION AND NOTICE OF** |
| § | | **MOTION FOR A MORE** |
| § | | **DEFINITE STATEMENT** |
| § | | |
| **BANDERA FALLS PROPERTY** § | | |
| **OWNER'S ASSOCIATION,** § | | |
| **CLAUDE LINDLEY, PAUL AHRENS,** § | | |
| **LORETTA LINDLEY,** § | | |
| **ROB JACOBSON, DENNIS BAKER,** § | | |
| **JEAN KENNEDY,** § | | |
| **KERRY HELGREN-SCHNEIDER,** § | | |
| **SERGIO ORTEGA, TOM PARKER,** § | | |
| Defendants. § | | |

## DEFENDANT'S MOTION AND NOTICE OF MOTION
## FOR A MORE DEFINITE STATEMENT

1. To Plaintiff, BUNKER B. W. ROGEE, In Pro Se: PLEASE TAKE NOTICE that Defendant Tom Parker moves hereby for an order requiring plaintiff to amend his complaint with a more definite statement of the suit.

2. This motion, notice of motion, and memorandum in support of motion are filed subject to defendant Tom Parker's motion to dismiss for lack of personal jurisdiction.

3. The grounds for this motion are that plaintiff's complaint is so unintelligible that a responsive pleading cannot be crafted. Plaintiff's complaint is so vague and ambiguous that defendant cannot file a responsive pleading, and defendant is entitled to a more definite statement, as authorized by Federal Rule of Civil Procedure 12(e).

4. This motion is based on the pleadings and papers on file in this case and the attached memorandum of points and authorities.

Dated: July 6, 2007

    /s/ David K. Sergi
DAVID K. SERGI
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that a copy of DEFENDANT TOM PARKER'S MOTION AND NOTICE OF MOTION FOR A MORE DEFINITE STATEMENT was served on plaintiff:

**VIA CMRRR 7003 0500 001 2246**
**AND FIRST CLASS MAIL**
Bunker B. W. Rogee, In Pro Se
101A Christel Oaks
Scotts Valley, CA 95066
(831) 295-2541

    /s/ David K. Sergi
DAVID K. SERGI
Attorney for Defendant Tom Parker

O:\CLIENTS\CURRENT\Parker, Tom\07074civ.C07-02920\Pleadings\More Def. Statement\mtn for definite statement 07.06.07.wpd

Page 2 of 2