David K. Sergi (135201)
david@sergilaw.com
DAVID K. SERGI & ASSOCIATES, P.C.
109 East Hopkins, Suite 200
San Marcos, Texas 78666
(512) 392-5010 Telephone
(512) 392-5042 Facsimile

*ATTORNEY FOR DEFENDANT TOM PARKER*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | | |
|---|---|---|
| **BUNKER B. W. ROGGE,** § | | **CASE NO. C07-02920** |
|     Plaintiff, § | | |
| § | | |
| § | | **ORDER ON DEFENDANT'S** |
| vs. § | | **MOTION FOR A FOR A MORE** |
| § | | **DEFINITE STATEMENT** |
| § | | |
| **BANDERA FALLS PROPERTY** § | | |
| **OWNER'S ASSOCIATION,** § | | |
| **CLAUDE LINDLEY, PAUL AHRENS,** § | | |
| **LORETTA LINDLEY,** § | | |
| **ROB JACOBSON, DENNIS BAKER,** § | | |
| **JEAN KENNEDY,** § | | |
| **KERRY HELGREN-SCHNEIDER,** § | | |
| **SERGIO ORTEGA, TOM PARKER,** § | | |
|     Defendants. § | | |

**ORDER ON DEFENDANT'S MOTION FOR A MORE DEFINITE STATEMENT**

After considering defendant Parker's motion for a more definite statement and the response, the court

[ ]    DENIES the motion.

[ ]   GRANTS the motion and ORDERS plaintiff to amend the complaint with a more definite statement by _____, 2007.

SIGNED on _____, 2007.

_____
U.S DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____/s/ David K. Sergi_____
David K. Sergi