David K. Sergi (135201)
david@sergilaw.com
DAVID K. SERGI & ASSOCIATES, P.C.
109 East Hopkins, Suite 200
San Marcos, Texas 78666
(512) 392-5010 Telephone
(512) 392-5042 Facsimile

*ATTORNEY FOR DEFENDANT TOM PARKER*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | | |
|---|---|---|
| **BUNKER B. W. ROGGE,** § | | **CASE NO. C07-02920** |
| Plaintiff, § | | |
| § | | **DEFENDANT TOM PARKER'S** |
| § | | **CONSENT TO PROCEED** |
| § | | **BEFORE A UNITED STATES** |
| § | | **MAGISTRATE JUDGE,** |
| § | | **SUBJECT TO DEFENDANT'S** |
| § | | **MOTION TO DISMISS FOR** |
| § | | **LACK OF PERSONAL** |
| § | | **JURISDICTION** |
| **BANDERA FALLS PROPERTY** § | | |
| **OWNER'S ASSOCIATION,** § | | |
| **CLAUDE LINDLEY, PAUL AHRENS,** § | | |
| **LORETTA LINDLEY,** § | | |
| **ROB JACOBSON, DENNIS BAKER,** § | | |
| **JEAN KENNEDY,** § | | |
| **KERRY HELGREN-SCHNEIDER,** § | | |
| **SERGIO ORTEGA, TOM PARKER,** § | | |
| Defendants. § | | |

**DEFENDANT'S CONSENT TO PROCEED BEFORE A**
**UNITED STATES MAGISTRATE JUDGE, SUBJECT TO DEFENDANT'S**
**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

1. This consent to proceed before a United States Magistrate Judge is filed in

accordance with the "Order Setting Deadlines for All Defendants who Have Appeared to

file Either a Consent or a Request for Reassignment," dated July 3rd, 2007, by United States Magistrate Judge Patricia V. Trumbull. This consent is filed subject to defendant Tom Parker's motion to dismiss for lack of personal jurisdiction, filed with this court on July 5th, 2007.

2. In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July 16, 2007         /s/ David K. Sergi
                             DAVID K. SERGI
                             Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that a copy of "Defendant's Consent to Proceed before a United States Magistrate Judge, subject to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction" was served on plaintiff:

**VIA CMRRR
AND FIRST CLASS MAIL**
Bunker B. W. Rogee, In Pro Se
101A Christel Oaks
Scotts Valley, CA 95066
(831) 295-2541

                              /s/ David K. Sergi
                             DAVID K. SERGI
                             Attorney for Defendant Tom Parker