1 | RALPH J. SWANSON, CA STATE BAR NO. 67751
SHANNON N. COGAN, CA STATE BAR NO. 214976
2 | BERLINER COHEN
TEN ALMADEN BOULEVARD
3 | ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
4 | TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
5 | ralph.swanson@berliner.com
shannon.cogan@berliner.com

ATTORNEYS FOR DEFENDANTS BANDERA FALLS
PROPERTY OWNER'S ASSOCIATION, JEAN M. KENNEDY,
CLAUDE LINDLEY, LORETTA LINDLEY, PAUL AHRENS,
SERGIO ORTEGA, AND ROB JACOBSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BUNKER B.W. ROGGE, | CASE NO. C 07-02920 PVT |
|---|---|
| Plaintiff, | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| v. | Case Filed: June 5, 2007 |
| BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, CLAUDE LINDLEY, PAUL AHRENS, LORETTA LINDLEY, ROB JACOBSON, DENNIS BAKER, JEAN KENNEDY, KERRY HELGREN-SCHNEIDER, SERGIO ORTEGA, and TOM PARKER, | Trial Date: Trial Date |
| Defendants. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), Defendants Bandera Falls Property Owner's Association, Claude Lindley, Paul Ahrens, Loretta Lindley, Rob Jacobson, Jean Kennedy, and Sergio Ortega hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order

///

///

1  the entry of a final judgment. Appeal from the judgment shall be taken directly to the United
2  States Court of Appeals for the Ninth Circuit.

4  DATED:  JULY 17, 2007                    BERLINER COHEN

                                            BY:  /s/
                                                 RALPH J. SWANSON
                                                 SHANNON N. COGAN
                                                 ATTORNEYS FOR DEFENDANTS BANDERA FALLS
                                                 PROPERTY OWNER'S ASSOCIATION, JEAN M.
                                                 KENNEDY, CLAUDE LINDLEY, LORETTA
                                                 LINDLEY, PAUL AHRENS, SERGIO ORTEGA, AND
                                                 ROB JACOBSON