RALPH J. SWANSON, CA STATE BAR NO. 67751
SHANNON N. COGAN, CA STATE BAR NO. 214976
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
ralph.swanson@berliner.com
shannon.cogan@berliner.com

ATTORNEYS FOR DEFENDANTS BANDERA FALLS
PROPERTY OWNER'S ASSOCIATION, JEAN M. KENNEDY,
CLAUDE LINDLEY, LORETTA LINDLEY, PAUL AHRENS,
SERGIO ORTEGA, AND ROB JACOBSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNKER B.W. ROGGE, | CASE NO. C 07-02920 PVT |
| Plaintiff, | DECLARATION OF JEAN M. KENNEDY IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE |
| v. | |
| BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, CLAUDE LINDLEY, PAUL AHRENS, LORETTA LINDLEY, ROB JACOBSON, DENNIS BAKER, JEAN KENNEDY, KERRY HELGREN-SCHNEIDER, SERGIO ORTEGA, and TOM PARKER, | Date: August 28, 2007<br>Time: 10:00 AM<br>Dept.: Courtroom 5<br>Judge: Hon. Patricia V. Trumbull<br><br>Case Filed: June 5, 2007<br>Trial Date: none set |
| Defendants. | |

I, Jean M. Kennedy, declare:

1.  I am a defendant in this action. I reside at 1435 Mountain View Place in the Bandera Falls subdivision, Pipe Creek, Texas, which property I have owned since 2003.

2.  I am currently a Director of the Bandera Falls Property Owner's Association ("POA"). I have been a POA Director since May 2006. Prior to that, I attended one meeting of the POA in November 2005.

3.     From 2002 to 2003, the appraised value of my land increased 160%. In January 2007, with 2006 property taxes payable by the end of that month, I began researching the year-to-year increases in my appraised land values. I performed this research on the Bandera County Appraisal District website. My research revealed that for the tax year 2006, properties in the Bandera Falls subdivision ranged in value from $0.16 per square foot to upwards of $0.95 per square foot. My own property had an appraised value of $0.65 per square foot. Kenneth Howarth was listed as owner of record for 89 of the 95 properties appraised at the lowest value, $0.16 per square foot. I thought this to be very odd. My research also revealed that most Bandera Falls property owners experienced significant increases in appraised values, except for Kenneth Howarth, whose appraised values decreased. My research also revealed that in 2003, two properties listing Kenneth Howarth as owner of record disappeared from the tax rolls. Those two properties consisted of 18.28 acres for parks, roads, and well systems.

4.     In February 2007, I pursued the land appraisal matter directly with the Chief Appraiser of the Bandera County Appraisal District. I am informed and believe that the Chief Appraiser, Mr. Ed Barnes, has reinstated the missing 18.28 acres to the tax rolls, and is adjusting appraised land values to reflect equality, uniformity, and fair market values. As a result of my research and inquiries with the Bandera County Appraisal District, the appraised value of my property was decreased approximately $5000 as of June 2007. I am informed and believe that as a result of my research and inquiries with the Bandera County Appraisal District, the majority of properties owned by Kenneth Howarth will experience increased appraisal values.

5.     Numerous Bandera Falls properties have been foreclosed upon in recent years, and my research of the Bandera County Appraisal District database reveals that the names Oakstar Development, Country River Inc., Kenneth Howarth, and Bunker Rogge show up on deed histories for the foreclosed properties.

6.     In February 2007, I picked up in a local restaurant a real estate booklet of Sweetheart Realty's listings. The booklet contains several listings for the Bandera Falls subdivision, including listings for canyons and lots that are open lands and which real property

1  owners have a perpetual right to use. The listings also include commercial use listings in the
2  Bandera Falls subdivision.

3      7.    Also in February 2007, I visited the home of Claude and Loretta Lindley, real
4  property owners in Bandera Falls and defendants in this action. The vacant lot located across the
5  street from their home was full of debris such as wires, sewer pipes, broken decking, jugs of used
6  car fluids, and a broken freezer. This lot previously contained a manufactured home which was
7  foreclosed upon and repossessed, removing the manufactured home from the lot and leaving
8  behind a dangerous mess of debris.

9      8.    That same month, I spoke with Chuck Wagner, the resident who lived in the
10 manufactured home across the street from Claude and Loretta Lindley. I also conducted research
11 of public records concerning the property. In April 1999, Oakstar development sold the lot to
12 Mr. Wagner's partner, Patricia Duncan, for $27,000.00. My research indicates this was
13 approximately three times the fair market value of the property at that time. Mr. Wagner told me
14 the purchase price of the property and said they did not know any better.

15     9.    According to Mr. Wagner, he and Ms. Duncan, who were married and divorced,
16 installed a new manufactured home on the property in 1999. The manufactured home was Mr.
17 Wagner's personal property and the lien holder on the manufactured home installment loan was
18 Associates Housing Finance, L.L.C., an affiliate of Associates Financial Services Company, Inc.
19 It is unknown how many assignments of this installment contract occurred.

20     10.    According to Mr. Wagner, he "got rights to the homesite in the divorce
21 settlement." He stated that he continued to make payments on the installment loan for the
22 manufactured home and the contract for deed for years. He indicated his frustration with the
23 Associates Financial companies stemming from changes in addresses, changes in company
24 names, tax payment problems, and that he was making payments on land that he did not own.
25 Mr. Wagner stopped paying on the land and was subsequently evicted from the land and the
26 manufactured home.

27     11.    I conducted searches of the website for the Texas Department of Housing and
28 Community Affairs, tracing the installations of manufactured homes on assorted lots in Bandera

1  Falls. In many cases, Oakstar Development deeded land containing a manufactured home to
2  Plaintiff or to Fred Rogge or to someone named Yankovoy. Often, the installation date for the
3  manufactured home would be before the date of the deed of trust for the real property, indicating
4  that the manufactured home was bundled with the real property for sale.

5  12.  My research and the questions raised by it motivated me to write and publish a
6  newsletter called "Our Bandera Falls" (the "Newsletter"), with the intent to facilitate
7  communication between all the Bandera Falls property owners regarding matters of common
8  interest. True and correct copies of the March 1, 2007 and June 19, 2007 issues of the
9  Newsletter are attached hereto as Exhibits "A" and "B," respectively. These are the only two
10 issues published to date.

11 13.  Clearly indicated on the first page of each Newsletter is my intent to provide a
12 tool for Bandera Falls community members to share information, including ideas and concerns
13 that property owners believe may benefit or adversely affect the Bandera Falls subdivision. I
14 believe it is important for Bandera Falls community members to have a vehicle for
15 communicating information about public matters to the entire community.

16 14.  I mailed the Newsletter to every Bandera Falls property owner of record listed in
17 the Bandera County Appraisal and Tax Information property search database as of February 7,
18 2007, excepting corporate ownership not accompanied by the name of an individual person. I
19 mailed the Newsletter to Kenneth Howarth, as a Bandera Falls property owner.

20 15.  My research of publicly available sources shows that Plaintiff Bunker B.W.
21 Rogge is not an owner of record of any real property in the Bandera Falls subdivision, or in
22 Bandera County, Texas.

23 16.  I wrote the editorial published in the March 1, 2007 Newsletter entitled "Who the
24 H#%! is Bunker B. Rogge?". The editorial contained my opinions regarding the maintenance,
25 foreclosure, and abandonment problems in Bandera Falls, formed after my extensive research
26 into property values and ownership histories.

27 17.  For 49 years there existed no manufactured housing in the Bandera Falls
28 subdivision. In 1997, Oakstar Development acquired the unsold properties in the subdivision

and thereafter followed rapid land sales and installation of manufactured homes. I am informed and believe that Kenneth Howarth was the principal investor in Oakstar Development, and that Plaintiff Bunker B.W. Rogge was its president. I am informed and believe that in 1999, Oakstar Development filed a bankruptcy petition, and that in October 2000, Kenneth Howarth acquired the remaining unsold lots, roads, water well system, parks, and open lands in either his own name or the name of an entity called Country River, Inc.

18. My research of publicly available sources did not reveal the precise nature of Plaintiff Bunker B.W. Rogge's interest in Bandera Falls, or his relationship with Kenneth Howarth.

19. On May 19, 2006, Kenneth Howarth wrote a letter posing questions to the POA. I obtained a copy of the letter in my capacity as Director of the POA. A true and correct copy of the letter is attached hereto as Exhibit "C." One question posed by Mr. Howarth was "Is it your opinion that trashy people only live in manufactured homes??" Mr. Howarth also asked, "Is it possible that the association's money would be much better spent fighting the disrespectful neighbors?" My editorial was, in part, a response to these questions.

I have personal knowledge of the facts stated above except as to those which are stated on information and belief, and as to those, I am informed and believe that they are true. If called as a witness, I could and would testify competently to the foregoing in a court of law. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 17th day of July, 2007.

JEAN M. KENNEDY

# EXHIBIT A

# Our Bandera Falls

Newsletter Date 03/01/2007
Volume 1, Issue 1

A Voice for Subdivision Residents, (830) 796-1782

**Intent.**

**Cover Story:** Bandera Falls Ice House?

**Open Forum.**

**Neighbor to Neighbor.**

**BFPOA. News**

**Editorial**

**Our Bandera Falls Contact Information:**



## The Intent of This Newsletter

The intent of this newsletter is to provide a tool for our community members to share information. Please let me know if you are interested in participating, perhaps write a column; help with distribution or create a mailing list.

**Open Forum:**
Expressing ideas, interests and concerns that you believe may benefit or adversely affect our subdivision. Praise or complain it's an open forum. Two rules: Be civil, include your name and contact information.

**Neighbor to Neighbor:** Start a book club. Share gardening tips. Find passionate poker players. Start carpooling. Need a baby sitter? Want to baby sit? Kick off the 1st Annual Bandera Falls Community BBQ. Start a play group for your kids. Volunteer to cleanup common areas

**BFPOA:**
**Bandera Falls Property Owners Association.** Know your leadership. Know your rights, privileges and obligations. Start a dialogue. Has anybody heard the results of the last annual meeting ...?

**Editorial:**

## Bandera Falls Ice House?

Sweetheart Realty is advertising six lots at the entrance of Bandera Falls (where the worn out ugly Bandera Falls sign is located) as commercial property "ideal for ice house, storage buildings, etc." The ad discusses the updated water system to accommodate continued growth and our Waterfront Park. False advertising or are there mixed use lots incorporated in this subdivision? Well perhaps a plat map review will clear up the mystery. Then again, the plat map shows several entrances and exits to the subdivision and a 40.0' wide road, River Front Drive, running north to south along our Bandera Falls Water Front Park. I'm headed to the county offices to research the building restrictions and other details of the subdivision plan. I'm also curious about county roads vs. non-county roads. Which roads are county roads? Who owns the other roads? Can I build my own road? Can I move a road where I prefer to have one? Can I put my private gate opener on my chosen road? So many questions so few answers. Too bad there are no restrictions on ugly and outdated signs. Then again, I'd rather have an ugly sign than the Bandera Falls Ice House at the entrance of our community. Share your thoughts on the matter.

Next Cover Story: Our parks, roads and open lands. Perpetual user rights

## Open Forum

This is your opportunity to express ideas; interests and concerns that you believe may benefit or adversely affect our subdivision. Please participate.

*************************

******************

I am certain that our Volunteer Fire Department and EMS volunteers are grateful to fellow residents who have made the effort to prominently display house numbers. **If they can't kind you they can't help you.**
    Jean Kennedy

*"Tis better to light a single candle than to curse the darkness."*

## Neighbor to Neighbor

Seeking fellow residents interested in participating in this news letter. See back of newsletter for contact information (pg 4)..
    Jean Kennedy
*************************

# Our Bandera Falls

**Contact Information:**
BFPOA
P.O. Box 63243
Pipe Creek TX 78063

President - Claude Lyndley
Vice President - Paul Ahrens
Treasurer – Loretta Lyndley
Secretary – Rob Jacobson
Director – Dennis Baker
Director – Jean Kennedy
Director – Position open

**Committees:**

Architectural Control

## Editorial

### WHO THE H#%! IS BUNKER B. ROGGE?

Is he a Bandera Falls property owner? No!
Is he a Bandera County property owner? No!
Is he a Texas licensed real estate agent or broker? No!

Bunker Rogge is the former president of the now bankrupt Oakstar Development, Inc. Oakstar the "undevelopment company" acquired Bandera Falls in 1997. We can credit the Rogge clan with inflated appraised land values, cluster septic systems and the infiltration of Bandera Falls by the predatory creatures of the manufactured housing industry and secondary mortgage market vultures. Rogge and friends induced financially unsophisticated, first time buyers to purchase land for three times the market value; bundled with overpriced manufactured homes. We live with the remnants of the Rogge deals today, each time another property is abandoned or foreclosed in Bandera Falls. Our BFPOA officers expend countless hours and our limited financial resources on this problem.

## BFPOA NEWS

We will be asking our BFPOA leadership to provide information of interest to the community.

**2003-2006**
Bandera Falls Property Owners Association amended by-laws and assessed annual member dues. Amended the **BFPOA Covenants and Restrictions**. Amended the **Supplemental Declaration of Covenants, Conditions and Restriction For Bandera Falls Subdivision Of Bandera County, Texas, VOL 762, P 354 through 374 November 27, 2006.** The BFPOA has banned future double-wides and manufactured homes from the subdivision; strengthened the role of the Architectural Control Committee to manage slum lords; retained legal counsel to assist with amendments and voting procedures; and started placing liens for non-payment of membership dues. The BFPOA officers continue to pay for post foreclosure lot cleanups and maintaining common areas, parks, and roads that the subdivision owner refuses to maintain.

The subdivision owner has threatened suit over the ban on manufactured homes. Ken Howarth's agent, Bunker Rogge continues efforts to harass and intimidate BFPOA officers. Rogge has no standing in this community.

It is the past and present BFPOA officers and a few member volunteers who maintain the Subdivision. They mow the river park, repair flood damage, clean up common areas. They expend time and effort to clean up after foreclosure repossessions and tenants that leave their trash and discarded possessions behind. The BFPOA's financial resources are expended on copious amounts of legal documents and signage as the community struggles to maintain a good quality of life, refurbish its water system and protect property values.

Rogge it seems currently represents Ken Howarth the current "undeveloper" in some unofficial capacity. You see, Howarth was the principle investor in the Oakstar venture. Like the foreclosures, the predators and vultures are still here. Unfortunately predatory developers, retailers, mortgage brokers, mortgage servicers and finance companies are lined up for the next great deal.

Should respected local realtors deal with property predators and finance vultures? H#%! No!

It is my opinion Mr. Howarth that only trashy people orchestrate real estate deals destined for foreclosure. Undevelopers create slums.

True developers maintain the parks, common areas and lots available for sale in subdivisions. They do this to protect their investments. Blame yourself and Rogge for your sales performance

Future editorials:

Manufactured Home Retailing and Texas Legislation Aimed at Protecting Buyers.

Property Tax Discounts For Undevelopers.

Case 5:07-cv-02920-JW   Document 38-2   Filed 07/17/2007   Page 10 of 18

# Our Bandera Falls

P.O. Box 63449
Pipe Creek TX 78063

**Phone**
(830) 796-1782

**Fax**
(830) 535-4967

**E-mail**
ourbanderafalls@yahoo.com

**Published by**
**Jean Kennedy**

Our Bandera Falls is an independent newsletter and is not affiliated with The Bandera Property Owners Association. This newsletter is an open forum, for all residents, interested in having a voice in our community. Contact Our Bandera Falls if you wish to be on the mailing list.



**OUR BANDERA FALLS**
P.O. BOX 63449
PIPE CREEK, TX 78063

# EXHIBIT B

# Our Bandera Falls

**A VOICE FOR SUBDIVISION RESIDENTS. (830) 688-6580**

Newsletter Date 06/19/07
Volume 1, Issue 2

Intent.

Cover Story: Our Roads, Parks & Open Lands

CC&Rs, HOA, POA, EIEIOoo!

Open Forum.

Neighbor to Neighbor.

BFPOA. News

Appraised Values & Property Taxes...

Editorial

Our Bandera Falls Contact Information:

## The Intent of This Newsletter

The intent of this newsletter is to provide a tool for our community members to share information. Please let me know if you are interested in participating, perhaps write a column; help with distribution or create a mailing list.

**Open Forum:**
Expressing ideas, interests and concerns that you believe may benefit or adversely affect our subdivision. Praise or complain it's an open forum. Two rules: Be civil, include your name and contact information.

**Neighbor to Neighbor:** Start a book club. Share gardening tips. Kick off the 1st Annual Bandera Falls Community BBQ. Start a play group for your kids. Volunteer to cleanup common areas

**BFPOA News:**
**Bandera Falls Property Owners Association.** Know your leadership. Know your rights, privileges and obligations. Start a dialogue.

**Editorial:**

See back of mailer for Our Bandera Falls contact information.



## Our Roads, Parks & Open Lands

**Parks and Open Lands**
You may be interested in Mr. Howarth's Bandera Falls website. The site is www.banderariverpark.com. The subdivisions map highlights (in yellow) all properties available for sale, including our roads, parks and open lands.

**Perpetual User Rights**
The subdivision owner may sell roads, parks and open land to whomever he chooses. The title is still subject to the perpetual right of user, by individual lot or tract owners, within the subdivision. You may enjoy the roads, parks and open lands if you enforce your rights to unfettered access. Fences and signage cannot restrict your access to roads.

The 1948 document, Dedication and Subdivision Plan of Bandera Falls, defines Bandera Falls Parks as:
*Bandera Falls Parks consists of and includes the lakes, streams, and other waterways, the adjacent walks and approaches, the trails and bridle paths, picnic and recreation grounds, the streets and other ways, and all other property within the bounds of Bandera Falls Subdivision not platted into lots and tracts for sale* **Vol. 79 P 123 January 21, 1948**

**County Dedicated Roads**
The following roads were dedicate to the public and accepted by Bandera County:
Bluff View Drive - from Red Bud through Tulip Drive intersection
Cowboy Haven
Inspiration Drive
Mountain View Place
Redbud Lane
Rosebud Lane
Rustic Lane
Stolles Drive
Tulip Drive
Violet Drive

**Non-county Roads**
The following roads are owned by Kenneth Howarth with reservations and restrictions to conveyance:
Bluff View Drive past Tulip Drive intersection
Buckeye Drive
Cedar Drive
Cypress Drive
Deer Path
Echo Bend
Indian Trail
River Front Drive (destroyed in the 1978 flood)
Sunset Drive
Apparent, visible roads:
1- From Red Bud Lane due north to gate at English Crossing Road.
2 - From Sunset due east to Bluff View Drive, appears to be crossing Block 24 Lot 5.
3 - From Sunset due east to Bluff View Drive, appears to be crossing Block 24 Lot 5

**Maintenance?**
It seems that a road dedication and the county's acceptance, is not an indication that the county has the will or resources to maintain the road. Further research is necessary to understand how the county selects the roads it will maintain.
Mr. Howarth will be asked to explain why he does not maintain non-county roads.

## CC&Rs, HOA, POA, EIEOoo!

*"The difference between 'involvement' and 'commitment' is like an eggs-and-ham breakfast: the chicken was 'involved' - the pig was 'committed'."*
  *- unknown*

### Developers, Deeds, Restrictions and Owners' Associations

Development rules are called Covenants, Conditions & Restrictions (CC&Rs). These rules generally "run with the land," which means they will remain in effect indefinitely, and are to be honored by subsequent buyers of the land.

### History

Historically one reason for deed restrictions was ensuring the developer would continue to attract the "huddled masses" to his development, after the first wave purchased and moved in. Plain old ugly discrimination was another reason; how to keep some of the "huddled masses" out.

### Common Areas

A few CC&Rs are altruistic or "civic minded." Normally when the developer is finished developing, the rights, title and interest in parks and open lands (common areas) are transferred to the Property Owners' Association. Often the roads are dedicated or deeded to the local government. Developers used deed restrictions (CC&Rs) to stipulate how property owned jointly by the homeowners, through associations, would be used. The association of homeowners is then required to maintain these common areas. In signing their deeds, homeowners agree to CC&Rs and to pay periodic assessments, to provide for upkeep.

### CC&Rs as Zoning Ordinances

Deed restrictions (CC&Rs) often serve as zoning ordinances. Meaningful zoning ordinances often serve to protect a person's real property rights. Some serve to protect property values. Other CC&Rs attempt to protect property owners from noise, trespassers, and the biological habits of barnyard fowl. Other CC&Rs serve to protect against the slob next door.

Being a slob is not a property right. A good rule of thumb is no one should be able to see your slob stuff from the road; a neighboring back yard or driveway. Slob stuff includes, but is not limited to, debris, garbage, junk, junked vehicles, litter, old furnishings, refuse, scrap, trash, waste and that other word that rhymes with scrap. Defining slob stuff is kind of like defining pornography, you know it when you see it.

### Hypocrisy

Some CC&Rs have hypocrisy clauses that usually include the word grandfathered. An example of a hypocrisy clause is:
Ugly, old widgets that got here before you did are grandfathered, but no new, ugly widgets are allowed.

### The Cover it All Clause

A frequently used CC&R to protect against everything is: "No noxious or offensive activity shall be carried on upon any lot, nor shall anything be done thereon which may be or may become an annoyance or nuisance to the neighborhood."

Some people consider the consumption of okra noxious and offensive. Beans may also qualify for categorization. Some parents think their own kids are noxious and offensive. Eventually deciding what is noxious and offensive becomes an annoyance and nuisance to the neighborhood.

Here are some annoying and noxious things about the Bandera Falls Subdivision:

Bandera Falls, unfortunately, has had a few resident slobs.

The owner of our non-county roads, parks and open lands does nothing to maintain them.

In the last 10 years, the focus of Bandera Falls development and maintenance has been legal documents not property.

Apathy.

### Bandera Falls CC&Rs

The current Bandera Falls CC&Rs are on file at the county clerk's office, **Vol. 762, Pgs. 357-374, November 26, 2006** SUPPLEMENTAL DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR BANDERA FALLS SUBDIVISION OF BANDERA COUNTY TEXAS

# Open Forum

"My concern with the subdivision is the care of the common areas. After the rain storms of last week, I walked down to our beautiful Medina River. I was surprised to see that the brush pile was spread up the hill. Mr. Parker, Rudy and Helen Soliz, my husband Tim and myself took the better part of the day dragging brush to the main pile to be burned and staying there to make sure that it burned down. I would hope in the future people would have more respect for the folks that do care for our common areas. I don't know what process can be put into place to make sure that in the future this doesn't happen again."
Cathy McElroy - Apr. 8, 2007

*********************************************

The community response to the first newsletter was mostly positive. Thank you for the encouraging calls and emails.
Jean Kennedy - April 30, 2007

# Neighbor to Neighbor

# Our Bandera Falls Property Owners Association

Contact Information:

BFPOA
P.O. Box 63243
Pipe Creek TX 78063

President - Claude Lindley   510-4431
  gatorboss@worldnet.att.net
Vice President – To Be Appointed
Treasurer – Loretta Lindley   510-4431
  gatorboss@worldnet.att.net
Secretary – Rob Jacobson   535-4457  rljvjj@netzero.net
Director – Dennis Baker   210-520-0663
  dbakerc@sbcglobal.net
Director – Jean Kennedy   535-4966  jean@jvmk.com
Director – Position open

Committee(s):
Architectural Control:
Rob Jacobson   535-4457  rljvjj6@netzero.net
Dana Turner   535-4778  danaturner@email.com

Fiscal Year: July 1, 2007 –June 30, 2008
Annual Dues: $100.00 due by July 1, 2007

BFPOA NEWS:   The semi-annual property owners meeting was held on May 19, 2007.

Attendees included:
John Andrade – Bandera County Superintendent of Roads
Eric Barnett – Attorney for BFPOA
Doug King – Pct. 4, Bandera County Commissioner.
Tom Parker – Treasurer & Secretary, The Falls Water Supply Corporation.
Twenty two members of our community
Two future property owners

**Summary of BFPOA Semi-annual Meeting** by Rob Jacobson
The minutes from the annual meeting held 5/20/06 were read by Secretary, Rob Jacobson, with amendments to the Covenants and Restrictions passed by written ballot from the membership:
- Posting visible numerical addresses at residences.
- Banning of manufactured homes in subdivision.
- Setbacks on lot lines for placement of new homes.
- Leash all pets when outside of owner's property and tether or fence pets on owner's property.
- Restrictions on animals allowed for 4-H and FFA projects.
- Provision for semi-annual meetings of the BFPOA.

Treasurer, Loretta Lindley, presented Treasury report.
Architectural Control Committee report was presented by Chairman, Rob Jacobson
Rob Jacobson reported on complaints regarding unlicensed motorized vehicles (go-carts, four wheelers/ATV's, and mini-bikes) Commissioner King advised residents to contact the County Sheriff and will work with Sheriff Tucker to post officers and radar to increase compliance with speed limit.
Rob Jacobson reported that Paul Ahrens resigned his position as Vice President of the Board in March 07
Tom Parker, in the absence of Rudy Solis, provided a report on the Falls Water Supply Corporation.
The issue of whether subdivision roads will be paved was raised.
The issue of access to and monitoring of the brush and burn pile currently located down by the river was raised.
Member, Dana Turner reported on quality of life issues, trash and litter on lots, he is currently working with the county Constables to deal with violations and property owners to resolve the problem.
**Contact Rob or Claude for a full report.**

## Appraised Values and Property Taxes

I didn't care about appraised values or property taxes back in 2003 I didn't care about property owners associations either. My focus was on my husband's health.

Last January 2006 when I paid my taxes, I started to care about my appraised values, both land and improvements.

The appraised value of my land went up 160% in 2003, from $6,285 to $17,125. The appraised value of my improvements (dwelling) increased 82% since 2003. Why?

I know how to crunch numbers and, do research.

### Appraisal
An appraisal is a process to estimate market value. Fair market value is the price at which an asset passes from a willing seller to a willing buyer, each having access to all the relevant facts and acting freely.

A full property appraisal includes land, dwelling and other improvements such as sheds, garages, septics, etc. Because all properties are not alike nor are they valued equally in the market, elements of comparison including size, land-to-building ratio, location, age and condition are used. A trained appraiser can do this, I can't. So I focused on my land not my dwelling or other improvements.

The Texas Property Tax Code has provisions for equality and uniformity of appraised values. If the appraised value of your property exceeds the median appraised value of a reasonable number of comparable properties appropriately adjusted, you are entitled to an equal and uniform protest and appeal.

### Size
Size matters. Larger properties typically sell for less per unit of comparison than small properties. Small properties are in higher demand because they have a smaller total sales price.

### Comparison
To compare 1 acre lots to ½ acre lots convert to square feet for a unit of comparison.
1 acre equals 43,560 sq. feet.
½ acre equals 21,780 sq. feet.

Divide appraised land value by square feet. My property has a PSF appraised value of $.65, sixty five cents per square foot.

I compared my PSF Appraised Value to others in Bandera Falls.

### Results
Here are the PSF Appraised Values from the 2006 appraisal records that were compared.
12 Properties at 95 cents or higher
91 Properties at 65 cents
21 Properties at 55 cents
95 Properties at 16 cents

This analysis was based on the tax rolls as of 02/07/2007. Four property owners own the properties valued at .16 cents. One owns 89 properties the remaining 6 properties belong to three different property owners. The results are indicative of an unequal situation but also disclosed some errors and omissions.

### Bandera CAD
Bandera County's Central Appraisal District's Chief Appraiser, Mr. Ed Barnes, an outstanding representative of county agencies, took the time and interest to investigate the errors, omissions and potential for unequal protest.

In 2003, properties described as Bandera Falls * Rds & Parks/Wtr System*, totaling 18.28 acres were omitted from the tax rolls. Bandera Falls' roads, parks and open lands are of value and belong on the tax rolls. How the 18.28 acres got deleted or omitted is unknown. It is known that some type of review process, by the Chief Appraiser, of properties owned by Country River Inc, Mr. Howarth's company, occurred in 2003.

Mr. Barnes was not with the CAD in 2003 and subsequent systems changes make it difficult to trace transactions. Mr. Barnes is currently correcting the 18.28 acre omission, and adjusting appraised land values to reflect equality, uniformity and fair market values.

### In Summary

Your tax appraised value should reflect fair market values of comparable properties in your community and be appraised equally. You can hire an expert appraiser to value your property and challenge your tax appraisal if you choose to do so.

## Editorial:

### The Aftermath of Foreclosure
173 Rustic Lane 2/07/2007



Thanks to the concerted effort of BFPOA officers this mess has been cleaned up. BFPOA funds were used to finance the cleanup. A lien against the property has been filed to recover the funds. A clear message was sent to Associated Financial Services Corp., the lot owner. Our neighborhood will not tolerate this.

Here are a few ways residents can assist in the future :

1. Call your Precinct 4 Constable, he is responsible for enforcing trash and litter abatement laws. File a complaint.

2. Assist your BFPOA officers by calling the lot owner yourself, request a prompt cleanup.

3. Contact your Precinct 4 Commissioner about enforcement of county laws.

4. File a Health & Safety Code nuisance complaint.

**Contact Information:**
Constable Bill Stanton, Pct. 4
Bandera County
P.O. Box 773
Utopia TX 78884
830-966-5158 or taxwccs12@aol.com

173 Rustic Lane 2/07/2007



Apathy is the recipe for slum divisions. Doing nothing places the burden on your neighbors to fix this.

# Our Bandera Falls

**P.O. Box 63449**
**Pipe Creek TX 78063**

**Phone**
(830) 688-6580

**Fax**
(830) 535-4967

**E-mail**
ourbanderafalls@yahoo.com

**Published by**
**Jean Kennedy**

*Our Bandera Falls is an independent newsletter and is not affiliated with The Bandera Property Owners Association. This newsletter is an open forum, for all residents, interested in having a voice in our community. Contact Our Bandera Falls if you wish to be deleted from the mailing list.*

**OUR BANDERA FALLS**
P.O. BOX 63449
PIPE CREEK, TX 78063

# EXHIBIT C

**Kenneth A. Howarth**
**P.O. Box 521**
**San Mateo, CA 94401**
649-578-7610 650-579-7610 fax
Email kenhowarth@yahoo.com

May 19, 2006

TO:
**BANDERA FALLS PROPERTY OWNERS ASSOCIATION**

I do not understand why the sudden interest in eliminating manufactured homes especially since they have been permitted since 1948.

However, I am not the enemy and I am not the problem. In 2005, I had only two sales from property I owned that resulted in manufactured homes being placed on the lots. In 2006, I have not had one closing yet although there are **three** escrows open.

We both know the real problem is enforcing restrictions against the disrespectful neighbors who create an eyesore in the neighborhood. Is it your opinion that trashy people only live in manufactured homes??

Is it possible that the association's money would be much better spent fighting the disrespectful neighbors?

Please do not hesitate to call me if you have any questions.

Yours truly,


Ken Howarth