RALPH J. SWANSON, CA STATE BAR NO. 67751
SHANNON N. COGAN, CA STATE BAR NO. 214976
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
ralph.swanson@berliner.com
shannon.cogan@berliner.com

ATTORNEYS FOR DEFENDANTS BANDERA FALLS
PROPERTY OWNER'S ASSOCIATION, JEAN M. KENNEDY,
CLAUDE LINDLEY, LORETTA LINDLEY, PAUL AHRENS,
SERGIO ORTEGA, AND ROB JACOBSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNKER B.W. ROGGE,<br><br>    Plaintiff,<br><br>v.<br><br>BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, CLAUDE LINDLEY, PAUL AHRENS, LORETTA LINDLEY, ROB JACOBSON, DENNIS BAKER, JEAN KENNEDY, KERRY HELGREN-SCHNEIDER, SERGIO ORTEGA, and TOM PARKER,<br><br>    Defendants. | CASE NO.  C 07-02920 PVT<br><br>DECLARATION OF CLAUDE LINDLEY IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE<br><br>Date:       August 28, 2007<br>Time:      10:00 AM<br>Dept.:     Courtroom 5<br>Judge:    Hon. Patricia V. Trumbull<br><br>Case Filed: June 5, 2007<br>Trial Date: none set |

I, Claude Lindley, declare:

1. I am a defendant in this action. I reside at 230 Rustic Lane in the Bandera Falls subdivision, Pipe Creek, Texas, where I have lived since 1976.

2. I am currently the President of the Bandera Falls Property Owner's Association ("POA"). I have held the office of President of the POA since 2005. Prior to that, I was active in the POA as a Director and member.

CASE NO.  C 07-02920 PVT
-1-
DECLARATION OF CLAUDE LINDLEY

\SCOGAN\731549.1
071107-16236001

3. Since 1999, numerous properties in Bandera Falls have been abandoned or foreclosed upon.

4. When a property in Bandera Falls is abandoned or foreclosed upon, it is frequently the case that trash and debris remain behind. For example, the home across the street from my own was a manufactured home that was repossessed. When the home was removed, trash and debris were left behind, including wires, sewer pipes, broken decking, jugs of used car fluids, and a broken freezer. The POA spent $316 to eliminate the dangerous conditions.

5. The POA expends its funds, and its officers and members their own time, to clean up trash and debris left behind after property abandonment or foreclosure.

6. In May 2006, real property owners in Bandera Falls voted to ban the future installation of manufactured housing, restricting building to either frame-built or modular homes.

7. After that vote, I received a telephone call at my home in the evening from Plaintiff Bunker B.W. Rogge, in which he told me that he was going to file a lawsuit against the POA over the new restrictions. He became louder and rowdier during the call, and I asked him to calm down so I could explain the vote to him. He continued in the same manner with his threats to sue, so I ended the telephone call.

8. I do not and have not written or published the newsletter called "Our Bandera Falls," or any other newsletter or mailer regarding the Bandera Falls subdivision. The POA was never asked to sanction, approve, or participate in the writing or publication of any mailer or newsletter, and never did so. I did not know that the newsletter had been published until I received a copy in the mail, and I had nothing to do with its creation, contents, or publication.

9. I have no knowledge of Plaintiff Bunker B.W. Rogge's business activities,

///
///
///
///
///
///

CASE NO. C 07-02920 PVT

-2-

DECLARATION OF CLAUDE LINDLEY

\SCOGAN\731549.1
071107-16236001

1  whether in Texas or in California, including his alleged relationship with Kenneth Howarth, his
2  projects, actual or potential sales contracts, customers, employees, suppliers, or investors.

4  I have personal knowledge of the facts stated above except as to those which are stated on
5  information and belief, and as to those, I am informed and believe that they are true. If called as
6  a witness, I could and would testify competently to the foregoing in a court of law. I declare
7  under penalty of perjury under the laws of the State of California that the foregoing is true and
8  correct.

9  Executed this 15 day of July, 2007.

*/s/ Claude Lindley*
CLAUDE LINDLEY

CASE NO. C 07-02920 PVT                   -3-
\SCOGAN\731549.1                    DECLARATION OF CLAUDE LINDLEY
071107-16236001