RALPH J. SWANSON, CA STATE BAR NO. 67751
SHANNON N. COGAN, CA STATE BAR NO. 214976
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
ralph.swanson@berliner.com
shannon.cogan@berliner.com

ATTORNEYS FOR DEFENDANTS BANDERA FALLS
PROPERTY OWNER'S ASSOCIATION, JEAN M. KENNEDY,
CLAUDE LINDLEY, LORETTA LINDLEY, PAUL AHRENS,
SERGIO ORTEGA, AND ROB JACOBSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNKER B.W. ROGGE,<br><br>Plaintiff,<br><br>v.<br><br>BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, CLAUDE LINDLEY, PAUL AHRENS, LORETTA LINDLEY, ROB JACOBSON, DENNIS BAKER, JEAN KENNEDY, KERRY HELGREN-SCHNEIDER, SERGIO ORTEGA, and TOM PARKER,<br><br>Defendants. | CASE NO. C 07-02920 PVT<br><br>DECLARATION OF ROB JACOBSON IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE<br><br>Date:     August 28, 2007<br>Time:     10:00 AM<br>Dept.:    Courtroom 5<br>Judge:   Hon. Patricia V. Trumbull<br><br>Case Filed:  June 5, 2007<br>Trial Date:  none set |

I, Rob Jacobson, declare:

1. I am a defendant in this action. I reside at 749 Redbud Lane in the Bandera Falls subdivision, Pipe Creek, Texas, where I have lived since May 2004.

2. I am currently the Secretary of the Bandera Falls Property Owner's Association ("POA"). I have held the office of Secretary of the POA since May 2006. Prior to that, I was active in the POA as Chairman of the Architectural Control Committee, to which I was appointed in May 2005.

3. In May 2006, real property owners in Bandera Falls voted to ban the future installation of manufactured housing, restricting building to either frame-built or modular homes.

4. In approximately the first week of February 2007, I received a telephone call from Plaintiff Bunker B.W. Rogge. Plaintiff stated that I had cost him a sale on property by denying a request to place a manufactured home in Bandera Falls. Plaintiff became increasingly agitated and verbally abusive. I informed Plaintiff that I would not continue the conversation if he was going to continue his aggressive and abusive speech, at which time he hung up on me. I have had no other contact with Plaintiff.

5. I do not and have not written or published the newsletter called "Our Bandera Falls," or any other newsletter or mailer regarding the Bandera Falls subdivision. I did not know that the newsletter had been published until I received a copy in the mail, and I had nothing to do with its creation, contents, or publication.

6. I have no knowledge of Plaintiff Bunker B.W. Rogge's business activities, whether in Texas or in California, including his alleged relationship with Kenneth Howarth, his projects, actual or potential sales contracts, customers, employees, suppliers, or investors.

I have personal knowledge of the facts stated above except as to those which are stated on information and belief, and as to those, I am informed and believe that they are true. If called as a witness, I could and would testify competently to the foregoing in a court of law. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this ___ day of July, 2007.

_____
ROB JACOBSON