RALPH J. SWANSON, CA STATE BAR NO. 67751
SHANNON N. COGAN, CA STATE BAR NO. 214976
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
ralph.swanson@berliner.com
shannon.cogan@berliner.com

ATTORNEYS FOR DEFENDANTS BANDERA FALLS
PROPERTY OWNER'S ASSOCIATION, JEAN M. KENNEDY,
CLAUDE LINDLEY, LORETTA LINDLEY, PAUL AHRENS,
SERGIO ORTEGA, AND ROB JACOBSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNKER B.W. ROGGE,<br><br>  Plaintiff,<br><br>  v.<br><br>BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, CLAUDE LINDLEY, PAUL AHRENS, LORETTA LINDLEY, ROB JACOBSON, DENNIS BAKER, JEAN KENNEDY, KERRY HELGREN-SCHNEIDER, SERGIO ORTEGA, and TOM PARKER,<br><br>  Defendants. | CASE NO.  C 07-02920 PVT<br><br>DECLARATION OF PAUL AHRENS IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE<br><br>Date:       August 28, 2007<br>Time:      10:00 AM<br>Dept.:     Courtroom 5<br>Judge:    Hon. Patricia V. Trumbull<br><br>Case Filed: June 5, 2007<br>Trial Date: none set |

I, Paul Ahrens, declare:

1.  I am a defendant in this action. I reside at 182 Cowboys Haven in the Bandera Falls subdivision, Pipe Creek, Texas, where I have lived since 1997.

2.  I am currently the Vice President of the Bandera Falls Property Owner's Association ("POA"). I held the office of Vice President of the POA from June 1, 2005 to March 19, 2007. Prior to that, I was active in the POA on the Building Control Committee.

CASE NO.  C 07-02920 PVT

-1-

DECLARATION OF PAUL AHRENS

\SCOGAN\731757.2
071607-16236001

1      3.    I do not and have not written or published the newsletter called "Our Bandera Falls," or any other newsletter or mailer regarding the Bandera Falls subdivision. I did not know that the newsletter had been published until I received a copy in the mail, and I had nothing to do with its creation, contents, or publication.

    4.    I have no knowledge of Plaintiff Bunker B.W. Rogge's business activities, whether in Texas or in California, including his alleged relationship with Kenneth Howarth, his projects, actual or potential sales contracts, customers, employees, suppliers, or investors.

I have personal knowledge of the facts stated above except as to those which are stated on information and belief, and as to those, I am informed and believe that they are true. If called as a witness, I could and would testify competently to the foregoing in a court of law. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 17 day of July, 2007.

_____
PAUL AHRENS