1  RALPH J. SWANSON, CA STATE BAR NO. 67751
   SHANNON N. COGAN, CA STATE BAR NO. 214976
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  ralph.swanson@berliner.com
   shannon.cogan@berliner.com
6

7  ATTORNEYS FOR DEFENDANTS BANDERA FALLS
   PROPERTY OWNER'S ASSOCIATION, JEAN M. KENNEDY,
   CLAUDE LINDLEY, LORETTA LINDLEY, PAUL AHRENS,
8  SERGIO ORTEGA, AND ROB JACOBSON

9

10             UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

| 13 | BUNKER B.W. ROGGE, | CASE NO. C 07-02920 PVT |
|---|---|---|
| 14 | Plaintiff, | DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS SEVENTH AND EIGHTH CAUSES OF ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED |
| 15 | v. | |
| 16 | BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, CLAUDE LINDLEY, PAUL AHRENS, LORETTA LINDLEY, ROB JACOBSON, DENNIS BAKER, JEAN KENNEDY, KERRY HELGREN-SCHNEIDER, SERGIO ORTEGA, and TOM PARKER, | |
| 17 | | Date:   August 28, 2007<br>Time:   10:00<br>Dept.:  Courtroom 5<br>Judge:  Hon. Patricia V. Trumbull |
| 18 | | |
| 19 | | |
| 20 | Defendants. | Case Filed: June 5, 2007<br>Trial Date: none set |

21

22     To Plaintiff Bunker B.W. Rogge:

23     NOTICE IS HEREBY GIVEN that, on August 28, 2007, at 10:00 AM, or as soon

24 thereafter as the matter may be heard, in Courtroom 5 of this court, located at 280 South 1st

25 Street, San Jose, California, Defendants Bandera Falls Property Owner's Association, Claude

26 Lindley, Paul Ahrens, Loretta Lindley, Rob Jacobson, Jean Kennedy, and Sergio Ortega

27 (collectively, "Defendants") will, and hereby do, move for an order pursuant to Federal Rule of

28 Civil Procedure 12(b)(6) dismissing the Seventh and Eighth causes of action of the complaint.

CASE NO. C 07-02920 PVT

-1-

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS

\SCOGAN\732020.1
071707-16236001

1  The motion is made on the ground that the Seventh and Eighth causes of action fail to state a
2  claim upon which relief can be granted, as they both lack sufficient facts to allege a cognizable
3  legal theory.
4      The motion is based on this motion and notice of hearing, the memorandum of points and
5  authorities served and filed herewith, on the records and file herein, and on such evidence as may
6  be presented at the hearing of the motion.

8  DATED: JULY 17, 2007                BERLINER COHEN

10  BY:   /s/
       RALPH J. SWANSON
11        SHANNON N. COGAN
       ATTORNEYS FOR DEFENDANTS BANDERA FALLS
12        PROPERTY OWNER'S ASSOCIATION, JEAN M.
       KENNEDY, CLAUDE LINDLEY, LORETTA
13        LINDLEY, PAUL AHRENS, SERGIO ORTEGA, AND
       ROB JACOBSON