RALPH J. SWANSON, CA STATE BAR NO. 67751
SHANNON N. COGAN, CA STATE BAR NO. 214976
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
ralph.swanson@berliner.com
shannon.cogan@berliner.com

ATTORNEYS FOR DEFENDANTS BANDERA FALLS
PROPERTY OWNER'S ASSOCIATION, JEAN M. KENNEDY,
CLAUDE LINDLEY, LORETTA LINDLEY, PAUL AHRENS,
SERGIO ORTEGA, AND ROB JACOBSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNKER B.W. ROGGE,<br><br>            Plaintiff,<br><br>     v.<br><br>BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, CLAUDE LINDLEY, PAUL AHRENS, LORETTA LINDLEY, ROB JACOBSON, DENNIS BAKER, JEAN KENNEDY, KERRY HELGREN-SCHNEIDER, SERGIO ORTEGA, and TOM PARKER,<br><br>            Defendants. | CASE NO. C 07-02920 PVT<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |

The Motion to Dismiss of Defendants Bandera Falls Property Owner's Association, Claude Lindley, Paul Ahrens, Loretta Lindley, Rob Jacobson, Jean Kennedy, and Sergio Ortega ("Defendants") came on regularly for hearing on August 28, 2007 at 10:00 AM in Courtroom 5 of the above-entitled court, the Honorable Patricia V. Trumbull presiding. Plaintiff *pro se* Bunker B.W. Rogge appeared personally, and Defendants appeared through and by their counsel, Berliner Cohen, by Ralph J. Swanson and Shannon N. Cogan. The court, having reviewed the

-2-

1  papers in support of and in opposition to and the arguments of Plaintiff and counsel and good
2  cause appearing therefor,
3      IT IS HEREBY ODERED that Defendants' Motion to Dismiss the Seventh and Eighth
4  Causes of Action is GRANTED.

7  DATED: _____         _____

8      Hon. Patricia V. Trumbull
    Judge of the U.S. District Court