**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BUNKER B. W. ROGGE,<br><br>　　　　　Plaintiff(s),<br><br>VS.<br><br>BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, ET AL.,<br><br>　　　　　Defendant(s).<br>_____ | C 07-2920  PVT<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

　　　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

　　　　PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for September 11, 2007 before the Honorable Judge Patricia V. Trumbull has been continued to **September 10, 2007 @ 10:00 a.m.,** before the Honorable Judge James Ware.  Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on or before August 31, 2007.

　　　　If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: July 18, 2007

　　　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING,
　　　　　　　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　　　　　　　/s/ Corinne Lew

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Corinne Lew
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

1  Copies mailed to:

2  **Bunker Rogge**
3  101A Christel Oaks
   Scotts Valley, CA 95066