1  RALPH J. SWANSON, CA STATE BAR NO. 67751
   SHANNON N. COGAN, CA STATE BAR NO. 214976
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  ralph.swanson@berliner.com
   shannon.cogan@berliner.com
6

7  ATTORNEYS FOR DEFENDANTS BANDERA FALLS
   PROPERTY OWNER'S ASSOCIATION, JEAN M. KENNEDY,
   CLAUDE LINDLEY, LORETTA LINDLEY, PAUL AHRENS,
8  SERGIO ORTEGA, AND ROB JACOBSON

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  BUNKER B.W. ROGGE, | CASE NO. C 07-02920 PVT |
| 14          Plaintiff, | CERTIFICATE OF SERVICE |
| 15      v. | |
| 16  BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, CLAUDE LINDLEY, PAUL AHRENS, LORETTA LINDLEY, ROB JACOBSON, DENNIS BAKER, JEAN KENNEDY, KERRY HELGREN-SCHNEIDER, SERGIO ORTEGA, and TOM PARKER, | |
| 20          Defendants. | |

## CERTIFICATE OF SERVICE

I, Rebecca Revelez, declare under penalty of perjury under the laws of the State of California that the following facts are true and correct:

I am a citizen of the United States, over the age of eighteen years, and not a party to the within action. I am an employee of Berliner Cohen, and my business address is Ten Almaden Boulevard, Suite 1100, San Jose, California 95113-2233. On July 17, 2007, I served the following document(s):

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CASE NO. C 07-02920 PVT                     -1-
                                 CERTIFICATE OF SERVICE

1  in the following manner:

2  ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, from the sending facsimile machine telephone number of
3  _____. The transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a
4  transmission record of the transmission, a copy of which is attached to the original of this declaration. The transmission report was properly issued by the transmitting facsimile machine.
5  ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California addressed as set forth below.
6
   ☐ by overnight mail by placing the document(s) listed above in a sealed overnight mail envelope
7  with postage thereon fully prepaid, addressed as set forth below.
   ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth
8  below.
   ☐ by e-mail or electronic transmission. Based on a court order or an agreement of the parties to
9  accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the
10 transmission, any electronic message or other indication that the transmission was unsuccessful.

11
   IN PRO PER                                    IN PRO PER
12
   Dennis Baker                                  Kerry Helgren-Schneider, Esq.
13 7854 Hank Trail.                              c/o George E. Hyde, Esq.
   San Antonio, TX 78250                         Denton, Navarro, Rocha & Bernal, P.C.
14                                               2517 No. Main St.
                                                 San Antonio, TX 78212
15 IN PRO PER

16 Bunker Rogge
   101A Christel Oaks
17 Scotts Valley, Ca 95066

18
       I am readily familiar with my firm's practice for collection and processing of
19 correspondence for mailing with the United States Postal Service/Express Mail, Federal Express and other overnight mail services, to wit, that correspondence will be deposited with the United
20 States Postal Service/overnight mail service this same day in the ordinary course of business.

21     Executed on July 17, 2007, at San Jose, California.

22

23                                               /S/ REBECCA REVELEZ
                                                 REBECCA REVELEZ
24

25

26

27

28

CASE NO. C 07-02920 PVT                -2-
                                  CERTIFICATE OF SERVICE

\RR\732075.1
071707-16236001