RALPH J. SWANSON, CA STATE BAR NO. 67751
SHANNON N. COGAN, CA STATE BAR NO. 214976
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
ralph.swanson@berliner.com
shannon.cogan@berliner.com

ATTORNEYS FOR DEFENDANTS BANDERA FALLS
PROPERTY OWNER'S ASSOCIATION, JEAN M. KENNEDY,
CLAUDE LINDLEY, LORETTA LINDLEY, PAUL AHRENS,
SERGIO ORTEGA, AND ROB JACOBSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BUNKER B.W. ROGGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, CLAUDE LINDLEY, PAUL AHRENS, LORETTA LINDLEY, ROB JACOBSON, DENNIS BAKER, JEAN KENNEDY, KERRY HELGREN-SCHNEIDER, SERGIO ORTEGA, and TOM PARKER,<br><br>　　　　Defendants. | CASE NO. C 07-02920 PVT<br><br>CERTIFICATE OF SERVICE |
|---|---|

CERTIFICATE OF SERVICE

I, Rebecca Revelez, declare under penalty of perjury under the laws of the State of California that the following facts are true and correct:

I am a citizen of the United States, over the age of eighteen years, and not a party to the within action. I am an employee of Berliner Cohen, and my business address is Ten Almaden Boulevard, Suite 1100, San Jose, California 95113-2233. On July 17, 2007, I served the following document(s):

DEFENDANTS' NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE CAUSES OF ACTION BROUGHT TO CHILL THE VALID EXERCISE OF THE CONSTITUTIONAL RIGHTS OF FREEDOM OF SPEECH; AND

DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION AND SPECIAL MOTION TO STRIKE CAUSES OF ACTION BROUGHT TO CHILL THE VALID EXERCISE OF THE CONSTITUTIONAL RIGHTS OF FREEDOM OF SPEECH.

in the following manner:

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, from the sending facsimile machine telephone number of _____. The transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration. The transmission report was properly issued by the transmitting facsimile machine.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California addressed as set forth below.

☐ by overnight mail by placing the document(s) listed above in a sealed overnight mail envelope with postage thereon fully prepaid, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

IN PRO PER

Dennis Baker
7854 Hank Trail.
San Antonio, TX 78250

IN PRO PER

Kerry Helgren-Schneider, Esq.
c/o George E. Hyde, Esq.
Denton, Navarro, Rocha & Bernal, P.C.
2517 No. Main St.
San Antonio, TX 78212

IN PRO PER

Bunker Rogge
101A Christel Oaks
Scotts Valley, Ca 95066

    I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service/Express Mail, Federal Express and other overnight mail services, to wit, that correspondence will be deposited with the United States Postal Service/overnight mail service this same day in the ordinary course of business.

    Executed on July 17, 2007, at San Jose, California.

/S/ REBECCA REVELEZ

CASE NO. C 07-02920 PVT

-2-

CERTIFICATE OF SERVICE

\RR\732075.1
071707-16236001