RALPH J. SWANSON, CA STATE BAR NO. 67751
SHANNON N. COGAN, CA STATE BAR NO. 214976
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
ralph.swanson@berliner.com
shannon.cogan@berliner.com

ATTORNEYS FOR DEFENDANTS BANDERA FALLS
PROPERTY OWNER'S ASSOCIATION, JEAN M. KENNEDY,
CLAUDE LINDLEY, LORETTA LINDLEY, PAUL AHRENS,
SERGIO ORTEGA, AND ROB JACOBSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNKER B.W. ROGGE,<br><br>           Plaintiff,<br><br>    v.<br><br>BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, CLAUDE LINDLEY, PAUL AHRENS, LORETTA LINDLEY, ROB JACOBSON, DENNIS BAKER, JEAN KENNEDY, KERRY HELGREN-SCHNEIDER, SERGIO ORTEGA, and TOM PARKER,<br><br>           Defendants. | CASE NO. C 07-02920 PVT<br><br>DEFENDANTS' RE-NOTICE OF MOTION AND MOTION TO DISMISS SEVENTH AND EIGHTH CAUSES OF ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED<br><br>Date:       August 27, 2007<br>Time:      9:00 AM<br>Dept.:      Courtroom 8<br>Judge:     Hon. James Ware<br><br>Case Filed: June 5, 2007<br>Trial Date:  none set |

To Plaintiff Bunker B.W. Rogge:

NOTICE IS HEREBY GIVEN that, on August 27, 2007, at 9:00 AM, or as soon thereafter as the matter may be heard, in Courtroom 8 of this court, located at 280 South 1st Street, San Jose, California, Defendants Bandera Falls Property Owner's Association, Claude Lindley, Paul Ahrens, Loretta Lindley, Rob Jacobson, Jean Kennedy, and Sergio Ortega (collectively, "Defendants") will, and hereby do, move for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Seventh and Eighth causes of action of the complaint.

1  The motion is made on the ground that the Seventh and Eighth causes of action fail to state a
2  claim upon which relief can be granted, as they both lack sufficient facts to allege a cognizable
3  legal theory.
4  　　　The motion is based on this motion and notice of hearing, the memorandum of points and
5  authorities served and filed previously, on the records and file herein, and on such evidence as
6  may be presented at the hearing of the motion.

8  DATED: JULY 18, 2007                           BERLINER COHEN

                                                  BY:  /s/
                                                      RALPH J. SWANSON
                                                      SHANNON N. COGAN
                                                      ATTORNEYS FOR DEFENDANTS BANDERA FALLS
                                                      PROPERTY OWNER'S ASSOCIATION, JEAN M.
                                                      KENNEDY, CLAUDE LINDLEY, LORETTA
                                                      LINDLEY, PAUL AHRENS, SERGIO ORTEGA, AND
                                                      ROB JACOBSON

\SCOGAN\732164.1
071807-16236001

CASE NO. C 07-02920 PVT

-2-

DEFENDANTS' RE-NOTICE OF MOTION AND MOTION TO DISMISS