**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**July 18, 2007**

**CASE NUMBER: CV 07-02920 PVT**
**CASE TITLE: BUNKER B.W. ROGGE-v-BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, ET AL**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/18/2007

FOR THE EXECUTIVE COMMITTEE:

_Richard W. Wieking_
Clerk

NEW CASE FILE CLERK:    7/18/2007

| | | | |
|---|---|---|---|
| Copies to: Courtroom Deputies | | Special Projects | |
| Log Book Noted | 7/18/2007 | Entered in Computer | 7/18/2007 |

CASE SYSTEMS ADMINISTRATOR:

| | | | |
|---|---|---|---|
| Copies to: All Counsel | 7/18/2007 | Transferor CSA | 7/18/2007 bjw |