**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNKER B.W. ROGGE, | No. C 07-02920 JW |
|     Plaintiff(s), | |
|     v. | CLERK'S NOTICE |
| BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, ET AL, | |
|     Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Defendants' Re-noticed Motion and Motion to Dismiss Seventh and Eight Causes of Action for Failure to State a Claim and Defendants' Re-noticed Motion and Special Motion to Strike Causes of Action Brought to Chill the Valid Exercise of the Constitutional Rights of Freedom of Speech before Judge James Ware previously noticed for August 27, 2007 at 09:00 AM, has been reset to **October 1, 2007, at 09:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: July 19, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
    Elizabeth Garcia
    Courtroom Deputy