RALPH J. SWANSON, CA STATE BAR NO. 67751
SHANNON N. COGAN, CA STATE BAR NO. 214976
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
ralph.swanson@berliner.com
shannon.cogan@berliner.com

ATTORNEYS FOR DEFENDANTS BANDERA FALLS
PROPERTY OWNER'S ASSOCIATION, JEAN M. KENNEDY,
CLAUDE LINDLEY, LORETTA LINDLEY, PAUL AHRENS,
SERGIO ORTEGA, AND ROB JACOBSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNKER B.W. ROGGE,<br><br>Plaintiff,<br><br>v.<br><br>BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, CLAUDE LINDLEY, PAUL AHRENS, LORETTA LINDLEY, ROB JACOBSON, DENNIS BAKER, JEAN KENNEDY, KERRY HELGREN-SCHNEIDER, SERGIO ORTEGA, and TOM PARKER,<br><br>Defendants. | CASE NO. C 07-02920 PVT<br><br>DEFENDANTS' RE-NOTICE OF MOTION AND MOTION TO DISMISS SEVENTH AND EIGHTH CAUSES OF ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED<br><br>Date:       October 15, 2007<br>Time:      9:00 AM<br>Dept.:     Courtroom 8<br>Judge:    Hon. James Ware<br><br>Case Filed: June 5, 2007<br>Trial Date:  none set |

To Plaintiff Bunker B.W. Rogge:

NOTICE IS HEREBY GIVEN that, on October 15, 2007, at 9:00 AM, or as soon thereafter as the matter may be heard, in Courtroom 8 of this court, located at 280 South 1st Street, San Jose, California, Defendants Bandera Falls Property Owner's Association, Claude Lindley, Paul Ahrens, Loretta Lindley, Rob Jacobson, Jean Kennedy, and Sergio Ortega (collectively, "Defendants") will, and hereby do, move for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Seventh and Eighth causes of action of the complaint.

1  The motion is made on the ground that the Seventh and Eighth causes of action fail to state a
2  claim upon which relief can be granted, as they both lack sufficient facts to allege a cognizable
3  legal theory.
4      The motion is based on this motion and notice of hearing, the memorandum of points and
5  authorities served and filed previously, on the records and file herein, and on such evidence as
6  may be presented at the hearing of the motion.

DATED: JULY 23, 2007        BERLINER COHEN

BY:  /s/
    RALPH J. SWANSON
    SHANNON N. COGAN
    ATTORNEYS FOR DEFENDANTS BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, JEAN M. KENNEDY, CLAUDE LINDLEY, LORETTA LINDLEY, PAUL AHRENS, SERGIO ORTEGA, AND ROB JACOBSON