RALPH J. SWANSON, CA STATE BAR NO. 67751
SHANNON N. COGAN, CA STATE BAR NO. 214976
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
ralph.swanson@berliner.com
shannon.cogan@berliner.com

ATTORNEYS FOR DEFENDANTS BANDERA FALLS
PROPERTY OWNER'S ASSOCIATION, JEAN M. KENNEDY,
CLAUDE LINDLEY, LORETTA LINDLEY, PAUL AHRENS,
SERGIO ORTEGA, AND ROB JACOBSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNKER B.W. ROGGE,<br><br>  Plaintiff,<br><br>  v.<br><br>BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, CLAUDE LINDLEY, PAUL AHRENS, LORETTA LINDLEY, ROB JACOBSON, DENNIS BAKER, JEAN KENNEDY, KERRY HELGREN-SCHNEIDER, SERGIO ORTEGA, and TOM PARKER,<br><br>  Defendants. | CASE NO. C 07-02920 PVT<br><br>DEFENDANTS' RE-NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE CAUSES OF ACTION BROUGHT TO CHILL THE VALID EXERCISE OF THE CONSTITUTIONAL RIGHTS OF FREEDOM OF SPEECH<br><br>[California Code of Civil Procedure § 425.16]<br><br>Date:  October 15, 2007<br>Time:  9:00 AM<br>Dept.:  Courtroom 8<br>Judge:  Hon. James Ware<br><br>Case Filed: June 5, 2007<br>Trial Date: none set |

To Plaintiff Bunker B.W. Rogge:

NOTICE IS HEREBY GIVEN that, on October 15, 2007, at 9:00 AM, or as soon thereafter as the matter may be heard, in Courtroom 8 of this court, located at 280 South 1st Street, San Jose, California, Defendants Bandera Falls Property Owner's Association, Claude Lindley, Paul Ahrens, Loretta Lindley, Rob Jacobson, Jean Kennedy, and Sergio Ortega (collectively, "Defendants") will, and hereby do, move for an order pursuant to California Code

of Civil Procedure Section 425.16 striking the First, Second, Third, Fourth, Fifth, Sixth, Eighth, Ninth, and Tenth causes of action of the complaint. The motion is made on the ground that the specified causes of action alleged against Defendants arise from acts of Defendants in furtherance of their rights of free speech under the United States or California Constitution in connection with a public issue and that such right will be chilled if the First, Second, Third, Fourth, Fifth, Sixth, Eighth, Ninth, and Tenth causes of action are allowed to stand and Plaintiff is allowed to continue prosecuting them.

The motion is based on this motion and notice of hearing, on the declarations of Claude Lindley, Paul Ahrens, Loretta Lindley, Rob Jacobson, Jean Kennedy, and Sergio Ortega, and the memorandum of points and authorities served and filed previously, on the records and file herein, and on such evidence as may be presented at the hearing of the motion.

DATED: JULY 23, 2007     BERLINER COHEN

BY: _/s/_____
RALPH J. SWANSON
SHANNON N. COGAN
ATTORNEYS FOR DEFENDANTS BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, JEAN M. KENNEDY, CLAUDE LINDLEY, LORETTA LINDLEY, PAUL AHRENS, SERGIO ORTEGA, AND ROB JACOBSON