RALPH J. SWANSON, CA STATE BAR NO. 67751
SHANNON N. COGAN, CA STATE BAR NO. 214976
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
ralph.swanson@berliner.com
shannon.cogan@berliner.com

ATTORNEYS FOR DEFENDANTS BANDERA FALLS
PROPERTY OWNER'S ASSOCIATION, JEAN M. KENNEDY,
CLAUDE LINDLEY, LORETTA LINDLEY, PAUL AHRENS,
SERGIO ORTEGA, AND ROB JACOBSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNKER B.W. ROGGE, | CASE NO. C 07-02920 PVT |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, CLAUDE LINDLEY, PAUL AHRENS, LORETTA LINDLEY, ROB JACOBSON, DENNIS BAKER, JEAN KENNEDY, KERRY HELGREN-SCHNEIDER, SERGIO ORTEGA, and TOM PARKER, | |
| Defendants. | |

CERTIFICATE OF SERVICE

I, Rebecca Revelez, declare under penalty of perjury under the laws of the State of California that the following facts are true and correct:

I am a citizen of the United States, over the age of eighteen years, and not a party to the within action. I am an employee of Berliner Cohen, and my business address is Ten Almaden Boulevard, Suite 1100, San Jose, California 95113-2233. On July 23, 2007, I served the following document(s):

**DEFENDANTS' RE-NOTICE OF MOTION AND MOTION TO STRIKE CAUSES OF ACTION BROUGHT TO CHILL THE VALID EXERCISE OF THE CONSITUTIONAL RIGHTS OF FREEDOM OF SPEECH**

CASE NO. C 07-02920 PVT

-1-

\RR\732075.1
071707-16236001

1    in the following manner:

2    ☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, from the sending facsimile machine telephone number of

3    _____.  The transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a

4    transmission record of the transmission, a copy of which is attached to the original of this declaration.  The transmission report was properly issued by the transmitting facsimile machine.

5    ☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California addressed as set forth below.

6    ☐    by overnight mail by placing the document(s) listed above in a sealed overnight mail envelope with postage thereon fully prepaid, addressed as set forth below.

7

8    ☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

9    ☐    by e-mail or electronic transmission.  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below.  I did not receive, within a reasonable time after the

10    transmission, any electronic message or other indication that the transmission was unsuccessful.

11

12    IN PRO PER                                          IN PRO PER

13    Dennis Baker                                        Kerry Helgren-Schneider, Esq.
     7854 Hank Trail.                                    c/o George E. Hyde, Esq.
14    San Antonio, TX  78250                             Denton, Navarro, Rocha & Bernal, P.C.
                                                         2517 No. Main St.
15                                                       San Antonio, TX  78212
     IN PRO PER

16    Bunker Rogge
     101A Christel Oaks
17    Scotts Valley, Ca  95066

18        I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service/Express Mail, Federal Express

19    and other overnight mail services, to wit, that correspondence will be deposited with the United States Postal Service/overnight mail service this same day in the ordinary course of business.

20

21        Executed on July 23, 2007, at San Jose, California.

22

23                                                    _/S/ REBECCA REVELEZ_____
                                                       REBECCA REVELEZ
24

25

26

27

28

CASE NO.  C 07-02920 PVT                    -2-

CERTIFICATE OF SERVICE