1  David K. Sergi (135201)
2  david@sergilaw.com
   DAVID K. SERGI & ASSOCIATES, P.C.
3  109 East Hopkins, Suite 200
   San Marcos, Texas 78666
4  (512) 392-5010 Telephone
5  (512) 392-5042 Facsimile

6  *ATTORNEY FOR DEFENDANT TOM PARKER*

7

8
                    **UNITED STATES DISTRICT COURT**
9                  **NORTHERN DISTRICT OF CALIFORNIA**
                          **SAN JOSE DIVISION**
10

11 **BUNKER B. W. ROGGE,**           §   **CASE NO. C 07-02920 PVT**
         **Plaintiff.**              §
12                                   §   **DEFENDANT TOM PARKER'S**
                                     §   **MOTION REQUESTING**
13                                   §   **SETTING FOR MOTIONS TO**
                                     §   **BE HEARD**
14
15                                   §
   VS.                               §   **[Calif. Code of Civ. Proc. § 425.16]**
16                                   §
   **BANDERA FALLS PROPERTY**        §   **Date:**       **October 15, 2007**
17 **OWNER'S ASSOCIATION,**          §   **Time**        **9:00 AM**
   **CLAUDE LINDLEY, PAUL AHRENS,**  §   **Dept.:**      **Courtroom 8**
18 **LORETTA LINDLEY,**              §   **Judge:**      **Hon. James Ware**
   **ROB JACOBSON, DENNIS BAKER,**   §
19                                   §
   **JEAN KENNEDY,**                 §   **Case Filed:** **June 5, 2007**
20 **KERRY HELGREN-SCHNEIDER,**      §   **Trial Date:** **None set**
   **SERGIO ORTEGA, TOM PARKER,**    §
21     **Defendants.**               §
22
23
24
25
26
27
28 O:\CLIENTS\CURRENT\Parker, Tom\07074civ.C07-02920\Pleadings\mtn to set court dates 07.25.07.wpd                    Page 1 of  2

## DEFENDANT TOM PARKER'S REQUEST FOR SETTING FOR MOTIONS TO BE HEAR

TO THE HONORABLE JAMES WARE:

COMES NOW, counsel for Defendant Tom Parker and hereby requests that all pending motions and/or hearings in this case be set to concur with other defendants hearings in this matter, which is currently calendared for October 15, 2007, 9:00 a.m.

Dated: July 25, 2007                          /s/ David K. Sergi
                                              DAVID K. SERGI
                                              Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that a copy of "Defendant Tom Parker's Motion Requesting Concurrent Settings for Court Dates" was served on plaintiff:

**VIA CMRRR #7003 0500 0001 9373 2192
AND FIRST CLASS MAIL**
Bunker B. W. Rogee, In Pro Se
101A Christel Oaks
Scotts Valley, CA 95066
(831) 295-2541

                                              /s/ David K. Sergi
                                              DAVID K. SERGI
                                              Attorney for Defendant Tom Parker