United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BUNKER B.W. ROGGE,                             No. C 07-02920 JW

       Plaintiff(s),

                                                            CLERK'S NOTICE
  v.

BANDERA FALLS PROPERTY OWNER'S
ASSOCIATION, ET AL,

       Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the following re-noticed motions are set to be heard before Judge James Ware:

1. Defendants' Jean Kennedy, Sergio Ortega, Bandera Falls Property Owner's Association, Claude Lindley, Paul Ahrens, Loretta Lindley, Rob Jacobson Re-noticed Motion and Motion to Dismiss Seventh and Eight Causes of Action for Failure to State a Claim,

2. Defendants' Jean Kennedy, Sergio Ortega, Bandera Falls Property Owner's Association, Claude Lindley, Paul Ahrens, Loretta Lindley, Rob Jacobson Re-noticed Motion and Special Motion to Strike Causes of Action Brought to Chill the Valid Exercise of the Constitutional Rights of Freedom of Speech,

3. Defendant Tom Parker's Re-Noticed Motion to Improper Venue, or in the Alternative MOTION to Transfer Venue,

4. Defendant Tom Parker's Re-Noticed Motion to Dismiss for Defective Process,

5. Defendant Kerry Helgren-Schneider's Re-Noticed Motion to Dismiss for Lack of Personal Jurisdiction on **October 15, 2007 at 9:00 AM ,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.


Dated: July 27, 2007

                                                         FOR THE COURT,
                                                         Richard W. Wieking, Clerk
                                                         by: _____/s/_____
                                                              Elizabeth Garcia
                                                              Courtroom Deputy