**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BUNKER B.W. ROGGE,                                    No. C 07-02920 JW

        Plaintiff(s),
                                                      CLERK'S NOTICE
   v.

BANDERA FALLS PROPERTY OWNER'S
ASSOCIATION, ET AL,

        Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:


YOU ARE NOTIFIED THAT the Plaintiff's Motion to Strike Affirmative Defenses One through

Sixteen before Judge James Warehas been set to **October 22, 2007 at 9:00 AM,** Courtroom 8, 4th

Floor, 280 S. 1st  Street, San Jose, California.

Dated:  August 2, 2007

                                 FOR THE COURT,
                                 Richard W. Wieking, Clerk


                              by:  _____/s/_____
                                    Elizabeth Garcia
                                    Courtroom Deputy