David K. Sergi (135201)
 (david@sergilaw.com)
DAVID K. SERGI & ASSOCIATES, P.C.
109 East Hopkins, Suite 200
San Marcos, Texas 78666
(512) 392-5010 Telephone
(512) 392-5042 Facsimile

*Attorney for Defendant Tom Parker*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | | |
|---|---|---|
| BUNKER B. W. ROGGE,<br>        PLAINTIFF,<br><br>VS.<br><br>BANDERA FALL'S PROPERTY OWNER'S ASSOCIATION, CLAUDE LINDLEY, PAUL AHRENS, LORETTA LINDLEY, ROB JACOBSON, DENNIS BAKER, JEAN KENNEDY, KERRY HELGREN-SCHNEIDER, SERGIO ORTEGA, TOM PARKER,<br>        DEFENDANTS. | § § § § § § § § § § § § § § § § § | CASE NO. C 07-02920 PVT<br><br>**DEFENDANT TOM PARKER'S RE-NOTICE OF MOTION AND MOTION TO DISMISS FOR DEFECTIVE PROCESS**<br><br>DATE:       October 15, 2007<br>TIME:            9:00 AM<br>DEPT.:       Courtroom 8<br>JUDGE:    Hon. James Ware<br>CASE FILED: June 5, 2007<br><br>TRIAL DATE: None Set |

**DEFENDANT'S RE-NOTICE OF MOTION AND**
**<u>MOTION TO DISMISS FOR DEFECTIVE PROCESS</u>**

1. To Plaintiff, BUNKER B. W. ROGGE: PLEASE TAKE NOTICE that, on October 15, 2007, at 9:00 AM, or as soon thereafter as the matter may be heard, in Courtroom 8 of this court, located at 280 South 1st Street, San Jose, California, Defendant Tom Parker ("Parker") will, and does hereby, move for an order dismissing plaintiff's lawsuit.

2. This re-notice of motion and motion to dismiss, and memorandum of points and authorities previously filed in support of this motion, are filed subject to defendant Tom Parker's motion to dismiss for lack of personal jurisdiction.

3. The grounds for this motion are that the summons and complaint served upon Tom Parker was not addressed to Tom Parker as the defendant per Federal Rule of Civil Procedure 4(a). Therefore, process was defective under Federal Rule of Civil Procedure 12(b)(4).

4. The motion is based on this motion and notice of hearing, the pleadings and papers on file in this case, and the memorandum of points and authorities and exhibits served and filed previously, on the records and file herein, and on such evidence as may be presented at the hearing of the motion.

Respectfully Submitted,

Dated: August 7, 2007

DAVID K. SERGI & ASSOCIATES, P.C.

By:  /s/ David K. Sergi
David K. Sergi

*Attorney for Defendant Tom Parker*