David K. Sergi (135201)
 (david@sergilaw.com)
DAVID K. SERGI & ASSOCIATES, P.C.
109 East Hopkins, Suite 200
San Marcos, Texas 78666
(512) 392-5010 Telephone
(512) 392-5042 Facsimile

*Attorney for Defendant Tom Parker*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | | |
|---|---|---|
| **BUNKER B. W. ROGGE,** § | **CASE NO. C 07-02920 PVT** | |
| PLAINTIFF, § | | |
| § | | |
| § | **DEFENDANT TOM PARKER'S** | |
| § | **RE-NOTICE OF MOTION AND** | |
| VS. § | **MOTION FOR A MORE** | |
| § | **DEFINITE STATEMENT** | |
| § | | |
| **BANDERA FALL'S PROPERTY** § | | |
| **OWNER'S ASSOCIATION,** § | | |
| **CLAUDE LINDLEY, PAUL AHRENS,** § | DATE: October 15, 2007 | |
| **LORETTA LINDLEY, ROB** § | TIME: 9:00 AM | |
| **JACOBSON, DENNIS BAKER, JEAN** § | DEPT.: Courtroom 8 | |
| **KENNEDY, KERRY HELGREN-** § | JUDGE: Hon. James Ware | |
| **SCHNEIDER, SERGIO ORTEGA,** § | CASE FILED: June 5, 2007 | |
| **TOM PARKER,** § | | |
| DEFENDANTS. § | TRIAL DATE: None Set | |

**DEFENDANT'S RE-NOTICE OF MOTION AND
MOTION FOR A MORE DEFINITE STATEMENT**

1. To Plaintiff, BUNKER B. W. ROGGE: PLEASE TAKE NOTICE that, on October 15, 2007, at 9:00 AM, or as soon thereafter as the matter may be heard, in Courtroom 8 of this court, located at 280 South 1st Street, San Jose, California, Defendant Tom Parker ("Parker") will, and does hereby, move for an order requiring plaintiff to amend his complaint with a more definite statement of the suit.

2. This re-notice of motion and motion to dismiss, and memorandum of points and authorities previously filed in support of this motion, are filed subject to defendant Tom Parker's motion to dismiss for lack of personal jurisdiction.

3. The grounds for this motion are that plaintiff's complaint is so unintelligible that a responsive pleading cannot be crafted. Plaintiff's complaint is so vague and ambiguous that Parker cannot file a responsive pleading, and Parker is entitled to a more definite statement, as authorized by Federal Rule of Civil Procedure 12(e).

4. The motion is based on this motion and notice of hearing, the pleadings and papers on file in this case, and the memorandum of points and authorities served and filed previously, on the records and file herein, and on such evidence as may be presented at the hearing of the motion.

Respectfully Submitted,

Dated: August 7, 2007

DAVID K. SERGI & ASSOCIATES, P.C.

By:   /s/ David K. Sergi
David K. Sergi

*Attorney for Defendant Tom Parker*