David K. Sergi (135201)
(david@sergilaw.com)
DAVID K. SERGI & ASSOCIATES, P.C.
109 East Hopkins, Suite 200
San Marcos, Texas 78666
(512) 392-5010 Telephone
(512) 392-5042 Facsimile

*Attorney for Defendant Tom Parker*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **BUNKER B. W. ROGGE,**<br>    **PLAINTIFF,**<br><br>VS.<br><br>**BANDERA FALL'S PROPERTY OWNER'S ASSOCIATION, CLAUDE LINDLEY, PAUL AHRENS, LORETTA LINDLEY, ROB JACOBSON, DENNIS BAKER, JEAN KENNEDY, KERRY HELGREN-SCHNEIDER, SERGIO ORTEGA, TOM PARKER,**<br>    **DEFENDANTS.** | **CASE NO. C 07-02920 PVT**<br><br>**DEFENDANT TOM PARKER'S RE-NOTICE OF MOTION AND MOTION TO DISMISS FOR IMPROPER VENUE, OR IN THE ALTERNATIVE TO TRANSFER VENUE**<br><br>**DATE:**    October 15, 2007<br>**TIME:**    9:00 AM<br>**DEPT.:**    Courtroom 8<br>**JUDGE:**    Hon. James Ware<br>**CASE FILED: June 5, 2007**<br><br>**TRIAL DATE: None Set** |

**DEFENDANT'S RE-NOTICE OF MOTION AND MOTION TO DISMISS**
**FOR IMPROPER VENUE, OR IN THE ALTERNATIVE TO TRANSFER VENUE**

    1. To Plaintiff, BUNKER B. W. ROGGE:  PLEASE TAKE NOTICE that, on October 15, 2007, at 9:00 AM, or as soon thereafter as the matter may be heard, in Courtroom 8 of this court, located at 280 South 1st Street, San Jose, California,

1  Defendant Tom Parker ("Parker") will, and does hereby, move for an order dismissing plaintiff's lawsuit.

2.  This re-notice of motion and motion to dismiss, and amended memorandum of points and authorities previously filed in support of this motion, are filed subject to defendant Tom Parker's motion to dismiss for lack of personal jurisdiction.

3.  The grounds for this motion are that this is an improper forum pursuant to Federal Rule of Civil Procedure 12(b)(3), and that plaintiff's case should be dismissed as authorized by 28 U.S.C. § 1406(a), or in the alternative that venue should be transferred as authorized by 28 U.S.C. § 1404(a).

4. The motion is based on this motion and notice of hearing, the pleadings and papers on file in this case, and the amended memorandum of points and authorities served and filed previously, on the records and file herein, and on such evidence as may be presented at the hearing of the motion.

Respectfully Submitted,

Dated: August 7, 2007           DAVID K. SERGI & ASSOCIATES, P.C.

                     By:      /s/ David K. Sergi
                              David K. Sergi

                     *Attorney for Defendant Tom Parker*

DEFENDANT TOM PARKER'S RE-NOTICE OF MOTION AND MOTION TO DISMISS FOR IMPROPER VENUE, OR IN THE ALTERNATIVE TO TRANSFER VENUE

Page 2 of 2