David K. Sergi (135201)
  (david@sergilaw.com)
DAVID K. SERGI & ASSOCIATES, P.C.
109 East Hopkins, Suite 200
San Marcos, Texas 78666
(512) 392-5010 Telephone
(512) 392-5042 Facsimile

*Attorney for Defendant Tom Parker*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| BUNKER B. W. ROGGE,<br>    PLAINTIFF,<br><br>VS.<br><br>BANDERA FALL'S PROPERTY OWNER'S ASSOCIATION, CLAUDE LINDLEY, PAUL AHRENS, LORETTA LINDLEY, ROB JACOBSON, DENNIS BAKER, JEAN KENNEDY, KERRY HELGREN-SCHNEIDER, SERGIO ORTEGA, TOM PARKER,<br>    DEFENDANTS. | CASE NO. C 07-02920 PVT<br><br>**DEFENDANT TOM PARKER'S RE-NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>DATE:        October 15, 2007<br>TIME:               9:00 AM<br>DEPT.:       Courtroom 8<br>JUDGE:      Hon. James Ware<br>CASE FILED: June 5, 2007<br><br>TRIAL DATE: None Set |

## DEFENDANT'S RE-NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

   1. To Plaintiff, BUNKER B. W. ROGGE: PLEASE TAKE NOTICE that, on October 15, 2007, at 9:00 AM, or as soon thereafter as the matter may be heard, in Courtroom 8 of this court, located at 280 South 1st Street, San Jose, California, Defendant Tom Parker ("Parker") will, and does hereby, move for an order dismissing plaintiff's lawsuit.

     2. The grounds for this motion are that Parker, a nonresident of this forum, has committed no acts purposely directed toward this forum that could have given rise or be related to this action nor has Parker committed any acts constituting continuous and systematic contacts with this forum. Accordingly this forum lack's personal jurisdiction over defendant pursuant to Federal Rule of Civil Procedure 12(b)(2).

     3. The motion is based on this motion and notice of hearing, the pleadings and papers on file in this case, the affidavit of Tom Parker, and the memorandum of points and authorities served and filed previously, on the records and file herein, and on such evidence as may be presented at the hearing of the motion.

                                 Respectfully Submitted,

Dated: August 7, 2007                    DAVID K. SERGI & ASSOCIATES, P.C.

                           By:     /s/ David K. Sergi
                                  David K. Sergi

                                 *Attorney for Defendant Tom Parker*