United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Bunker Rogge, | NO. C 07-02920 JW |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Bandera Falls Property Owners Assoc. et al, | |
| Defendants. | |

A Case Management Conference is presently scheduled for September 10, 2007 in the above entitled case. However, the Court has set October 15, 2007 as a hearing date for Defendants' various motions. In light of these potentially case dispositive motions, the Court finds it inefficient to conduct a case management conference prior to the hearing of the motions. Accordingly, the Court VACATES the September 10, 2007 Case Management Conference date. The Court will set another date in its Order regarding the motions after the hearing, if necessary.

Dated: August 14, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Kenneth Kagan Sergi david@sergilaw.com
Ralph John Swanson rjs@berliner.com
Shannon N. Cogan shannon.cogan@berliner.com

Bunker Rogge
101A Christel Oaks
Scotts Valley, CA 95066

**Dated: August 14, 2007**                           **Richard W. Wieking, Clerk**

                                     **By:   /s/ JW Chambers**
                                           **Elizabeth Garcia**
                                           **Courtroom Deputy**

**United States District Court**
For the Northern District of California