David K. Sergi (135201)
david@sergilaw.com
DAVID K. SERGI & ASSOCIATES, P.C.
109 East Hopkins, Suite 200
San Marcos, Texas 78666
(512) 392-5010 Telephone
(512) 392-5042 Facsimile

*Attorney for Defendant Tom Parker*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | | |
|---|---|---|
| **BUNKER B. W. ROGGE,** §<br>      PLAINTIFF, §<br>§<br>§<br>§<br>VS. §<br>§<br>§<br>§<br>**BANDERA FALL'S PROPERTY** §<br>**OWNER'S ASSOCIATION,** §<br>**CLAUDE LINDLEY, PAUL AHRENS,** §<br>**LORETTA LINDLEY, ROB** §<br>**JACOBSON, DENNIS BAKER, JEAN** §<br>**KENNEDY, KERRY HELGREN-** §<br>**SCHNEIDER, SERGIO ORTEGA,** §<br>**TOM PARKER,** §<br>      DEFENDANTS. § | | **CASE NO. C 07-02920 JW**<br><br>**DEFENDANT TOM PARKER'S NOTICE OF DEFENDANT'S OBJECTION AND NOTICE OF NON-JOINDER** TO *JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER FILED BY BUNKER ROGGE*<br><br>DATE:<br>TIME:<br>DEPT.:     Courtroom 8<br>JUDGE:    Hon. James Ware<br><br>CASE FILED: June 5, 2007<br>TRIAL DATE: None Set |

**DEFENDANT'S NOTICE OF OBJECTION AND NOTICE OF NON-JOINDER**
**TO *JOINT CASE MANAGEMENT STATEMENT***
**_AND PROPOSED ORDER FILED BY BUNKER ROGGE_**

   1. To Plaintiff, BUNKER B. W. ROGGE: PLEASE TAKE NOTICE that, on August 30, 2007, Defendant Tom Parker ("Parker") filed "Defendant's Objection and Notice of Non-Joinder to *Joint Case Management Statement and Proposed Order Filed by Bunker Rogge*," for consideration by this Court.

2. This notice of objection and notice of non-joinder, objection and notice of non-joinder, and proposed order are filed subject to defendant Tom Parker's motion to dismiss for lack of personal jurisdiction, served and filed previously.

3. The grounds for Parker's objection and notice of non-joinder are that **Plaintiff filed a document entitled "Joint Case Management Statement and Proposed Order" on August 15, 2007 which was not in fact a joint case management statement, but actually a separate case management statement filed by Plaintiff individually.** At no time prior to filing did Plaintiff consult Parker as to any aspect of the filed document and in no way or manner and under no circumstance does Parker agree with or join the case management statement **filed by Plaintiff.** The document filed by Plaintiff, as currently titled on the docket, does not reflect compliance with the requirements of **Civil L.R. 16-3, Civil L.R. 16-9(a), nor this Court's Order of August 14, 2007 entitled "Order Vacating Case Management Conference."**

4. **Parker's files this objection and notice of non-joinder for the Court's consideration, and upon consideration** of Parker's objection and notice of non-joinder Parker believes the Court should deny the proposed order filed by Plaintiff concurrently with the purported "Joint Case Management Statement," and further order the document struck from the record as it is not in fact a Joint Case Management Statement; or, in the alternative, the Court should order the document be re-titled to reflect its true nature as a Separate Case Management Statement and Proposed Order, and **order Plaintiff to re-file the document in accordance with Civil L.R. 16-3, 16-9(a), and this Court's Order of August 14, 2007 entitled "Order Vacating Case Management Conference."**

5. The objection is based on this notice of objection and notice of non-joinder, the pleadings and papers on file in this case, the objection and notice of non-joinder served and filed herewith, and on the records and file herein.

Respectfully Submitted,

Dated: **August 30, 2007**                    DAVID K. SERGI & ASSOCIATES, P.C.

By:     /s/ David K. Sergi
David K. Sergi

*Attorney for Defendant Tom Parker*