1    David K. Sergi (135201)
     david@sergilaw.com
2    DAVID K. SERGI & ASSOCIATES, P.C.
3    109 East Hopkins, Suite 200
     San Marcos, Texas 78666
4    (512) 392-5010 Telephone
     (512) 392-5042 Facsimile
5

6    *Attorney for Defendant Tom Parker*

7

8                        UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
9                            SAN JOSE DIVISION

10   BUNKER B. W. ROGGE,              §    CASE NO. C 07-02920 JW
            PLAINTIFF,                §
11                                    §
                                      §    ORDER UPON
12                                    §    CONSIDERATION OF
                                      §    DEFENDANT TOM PARKER'S
13   VS.                              §    OBJECTION AND NOTICE OF
                                      §    NON-JOINDER TO *JOINT CASE*
14                                    §    *MANAGEMENT STATEMENT*
                                      §    *AND PROPOSED ORDER FILED*
15                                    §    *BY BUNKER ROGE*
     BANDERA FALL'S PROPERTY          §
16   OWNER'S ASSOCIATION,             §
     CLAUDE LINDLEY, PAUL AHRENS,     §    DATE:
17   LORETTA LINDLEY, ROB             §    TIME:
     JACOBSON, DENNIS BAKER, JEAN     §    DEPT.:      Courtroom 8
18   KENNEDY, KERRY HELGREN-          §    JUDGE:      Hon. James Ware
19   SCHNEIDER, SERGIO ORTEGA,        §
     TOM PARKER,                      §    CASE FILED: June 5, 2007
20          DEFENDANTS.               §    TRIAL DATE: None Set

21

22

23                              ORDER
          UPON CONSIDERATION OF DEFENDANT'S OBJECTION
24     AND NOTICE OF NON-JOINDER TO *JOINT CASE MANAGEMENT*
       *STATEMENT AND PROPOSED ORDER FILED BY BUNKER ROGGE*

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

After considering Defendant Tom Parker's Objection and Notice of Non-Joinder

to Joint Case Management Statement and Proposed Order filed by Bunker Rogge, the

court

[   ]    DENIES Plaintiff's Proposed Order filed concurrently with the document entitled "Joint Case Management Statement and Proposed Order," and Orders that document struck from the record in this case as the document in fact is not a Joint Case Management Statement.

[   ]    DENIES Plaintiff's Proposed Order filed concurrently with the document entitled "Joint Case Management Statement and Proposed Order," and Orders that document be re-titled to reflect its true nature as a Separate Case Management Statement and Proposed Order.  By this Order Plaintiff shall re-file the document reflecting the proper title, in accordance with Civil Local Rule 16-3, Civil Local Rule 16-9(a), and this Court's Order of August 14, 2007, entitled, "Order Vacating Case Management Conference."

SIGNED on _____, 200___.

_____
U.S DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____/s/ David K. Sergi_____
David K. Sergi

ORDER UPON CONSIDERATION OF DEFENDANT TOM PARKER'S OBJECTION AND
NOTICE OF NON-JOINDER TO PLAINTIFF'S JOINT CASE MANAGEMENT STATEMENT          Page 2 of 2