David K. Sergi (135201)
david@sergilaw.com
DAVID K. SERGI & ASSOCIATES, P.C.
109 East Hopkins, Suite 200
San Marcos, Texas 78666
(512) 392-5010 Telephone
(512) 392-5042 Facsimile

*ATTORNEY FOR DEFENDANT TOM PARKER*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| BUNKER B. W. ROGGE,<br>　　Plaintiff.<br><br>vs.<br><br>BANDERA FALLS PROPERTY<br>OWNER'S ASSOCIATION,<br>CLAUDE LINDLEY, PAUL AHRENS,<br>LORETTA LINDLEY,<br>ROB JACOBSON, DENNIS BAKER,<br>JEAN KENNEDY,<br>KERRY HELGREN-SCHNEIDER,<br>SERGIO ORTEGA, TOM PARKER,<br>　　Defendants. | CASE NO. C 07-02920 JW<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I, **Tony Fusco**, declare under penalty of perjury under the laws of the State of Texas that the following facts are true and correct:

I am a citizen of the United States, over the age of eighteen years, and not a party to the within action. I am an employee of David K. Sergi & Associates, P.C., and my business address is 109 E. Hopkins, Suite 200, San Marcos, TX 78666. On **August 30, 2007,** I served the following document(s):

1. **NOTICE OF DEFENDANT'S OBJECTION AND NOTICE OF NON-JOINDER TO** *JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER FILED BY BUNKER ROGGE*

2. **DEFENDANT'S OBJECTION AND NOTICE OF NON-JOINDER TO** *JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER FILED BY BUNKER ROGGE*

3. **ORDER UPON CONSIDERATION OF DEFENDANT'S OBJECTION AND NOTICE OF NON-JOINDER TO** *JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER FILED BY BUNKER ROGGE*

in the following manner:

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, from the sending facsimile machine telephone number of 512-392-5042. The transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration. The transmission report was properly issued by the transmitting facsimile machine.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Marcos, TX addressed as set forth below.

☐ by overnight mail by placing document(s) listed above in a sealed overnight mail envelope with postage thereon fully prepaid, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addressees listed below. I did not receive, within a reasonable time after the transmission, and electronic message or other indication that the transmission was unsuccessful.

IN PRO PER                                             San Antonio, TX 78250

Mr. Dennis Baker
7854 Hank Trail
San Antonio, TX 78250

*and also, alternatively*

IN PRO PER

Mr. Dennis Baker
7854 Hawk Trail St.

IN PRO PER

Ms. Kerry Helgren-Schneider, Esq.
c/o George E. Hyde, Esq.
Denton, Navarro, Rocha & Bernal, P.C.
2517 No. Main St.
San Antonio, TX 78212

IN PRO PER

Mr. Bunker B. W. Rogge
101A Christel Oaks
Scotts Valley, CA 95066

     I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service/Express Mail, Federal Express and other overnight mail services, to wit, that correspondence will be deposited with the United States Postal Service/overnight mail service this same day in the ordinary course of business.

     **Executed on August 30, 2007**, at San Marcos, Texas.

                                          /s/ Tony Fusco
                                          Tony Fusco