RALPH J. SWANSON, CA STATE BAR NO. 67751
SHANNON N. COGAN, CA STATE BAR NO. 214976
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
ralph.swanson@berliner.com
shannon.cogan@berliner.com

ATTORNEYS FOR DEFENDANTS BANDERA FALLS
PROPERTY OWNER'S ASSOCIATION, JEAN M. KENNEDY,
CLAUDE LINDLEY, LORETTA LINDLEY, PAUL AHRENS,
SERGIO ORTEGA, AND ROB JACOBSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNKER B.W. ROGGE,<br><br>Plaintiff,<br><br>v.<br><br>BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, CLAUDE LINDLEY, PAUL AHRENS, LORETTA LINDLEY, ROB JACOBSON, DENNIS BAKER, JEAN KENNEDY, KERRY HELGREN-SCHNEIDER, SERGIO ORTEGA, and TOM PARKER,<br><br>Defendants. | CASE NO. C 07-02920 PVT<br><br>STIPULATION AND ORDER CONTINUING HEARING DATE ON PLAINTIFF'S MOTIONS TO STRIKE AFFIRMATIVE DEFENSES<br><br>Date:     October 22, 2007<br>Time:    9:00 a.m.<br>Dept.:<br>Judge:   Hon. James Ware<br><br>Case Filed: June 5, 2007<br>Trial Date: |

IT IS HEREBY STIPULATED by and between Defendants, Bandera Falls Property owner's Association, Jean M. Kennedy, Claude Lindley, Loretta Lindley, Paul Ahrens, Sergio Ortega and Rob Jacobson, through their counsel, Ralph J. Swanson, and Plaintiff, Bunker B. W. Rogge, In Pro Se, that the hearing on Plaintiff's Motion to Strike Affirmative Defenses One Through Four (1-4) Pursuant to Fed. R. Civ. P. 12(f); Plaintiff's Motion to Strike Affirmative Defenses Five Through Eight (5-8) Pursuant to Fed. R. Civ. P. 12(f); Plaintiff's Motion to Strike Affirmative Defenses Nine through Twelve (9-12) Pursuant to Fed. R. Civ. P. 12(f); and

\RJS\738327.1
092007-16236001

CASE NO. C 07-02920 PVT                            -1-
STIPULATION AND ORDER CONTINUING HEARING DATE ON PLAINTIFF'S MOTIONS TO STRIKE AFFIRMATIVE DEFENSES

Plaintiff's Motion to Strike Affirmative Defenses Thirteen through Sixteen (13-16) Pursuant to Fed. R. Civ. P. 12(f), currently set for October 22, 2007, at 9:00 a.m. in the above-entitled court, be continued to December 3, 2007, at 9:00 a.m. in the above-entitled court.

IT IS FURTHER STIPULATED that for purposes of computing the time for filing and service of opposition and reply papers to the above-referenced motions under Rule 7 of the Local Rules of this court, such computation shall be based on the new hearing date of December 3, 2007.

IT IS SO STIPULATED.

DATED: SEPTEMBER 20, 2007            BERLINER COHEN

BY: _____
RALPH J. SWANSON
SHANNON N. COGAN
ATTORNEYS FOR DEFENDANTS BANDERA FALLS
PROPERTY OWNER'S ASSOCIATION, JEAN M.
KENNEDY, CLAUDE LINDLEY, LORETTA
LINDLEY, PAUL AHRENS, SERGIO ORTEGA, AND
ROB JACOBSON

DATED: SEPTEMBER 20, 2007            IN PRO SE

BY: _____
BUNKER B. W. ROGGE
IN PRO SE

CASE NO. C 07-02920 PVT                    -2-
STIPULATION AND ORDER CONTINUING HEARING DATE ON PLAINTIFF'S MOTIONS TO STRIKE AFFIRMATIVE DEFENSES