RALPH J. SWANSON, CA STATE BAR NO. 67751
SHANNON N. COGAN, CA STATE BAR NO. 214976
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
ralph.swanson@berliner.com
shannon.cogan@berliner.com

ATTORNEYS FOR DEFENDANTS BANDERA FALLS
PROPERTY OWNER'S ASSOCIATION, JEAN M. KENNEDY,
CLAUDE LINDLEY, LORETTA LINDLEY, PAUL AHRENS,
SERGIO ORTEGA, AND ROB JACOBSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BUNKER B.W. ROGGE, | CASE NO. C 07-02920 PVT |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING HEARING PURSUANT TO STIPULATION |
| v. | Date: October 22, 2007<br>Time: 9:00 a.m.<br>Dept.:<br>Judge: Hon. James Ware |
| BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, CLAUDE LINDLEY, PAUL AHRENS, LORETTA LINDLEY, ROB JACOBSON, DENNIS BAKER, JEAN KENNEDY, KERRY HELGREN-SCHNEIDER, SERGIO ORTEGA, and TOM PARKER, | Case Filed: June 5, 2007<br>Trial Date: |
| Defendants. | |

The Court having reviewed and considered the Stipulation of the parties hereto, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The hearing on Plaintiff's four Motions to Strike Affirmative Defenses raised by Defendants, Bandera Falls Property owner's Association, Jean M. Kennedy, Claude Lindley, Loretta Lindley, Paul Ahrens, Sergio Ortega and Rob Jacobson shall be, and hereby is, continued to December 3, 2007 at 9:00 a.m. in the above-entitled court;

2. For purposes of computing the time for filing of opposition and reply papers to such motions under Rule 7 of the Local Rules of this Court, the time shall be computed from the new hearing date of December 3, 2007.

IT IS SO ORDERED.

DATED: SEPTEMBER \_\_\_\_\_, 2007

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

CASE NO. C 07-02920 PVT                          -2-

\RJS\738332.1
092007-16236001

[PROPOSED] ORDER CONTINUING HEARING PURSUANT TO STIPULATION