David K. Sergi, CA State Bar No. 135201
david@sergilaw.com
DAVID K. SERGI & ASSOCIATES, P.C.
329 South Guadalupe Street
San Marcos, Texas 78666
(512) 392-5010 Telephone
(512) 392-5042 Facsimile

*Attorney for Defendant Tom Parker*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| BUNKER B.W. ROGGE, | CASE NO. C 07-02920 JW |
| Plaintiff, | NOTICE OF DEFENDANT TOM PARKER'S REPLY TO PLAINTIFF'S MOTION IN OPPOSITION TO PARKER'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION |
| v. | |
| BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, CLAUDE LINDLEY, PAUL AHRENS, LORETTA LINDLEY, ROB JACOBSON, DENNIS BAKER, JEAN KENNEDY, KERRY HELGREN-SCHNEIDER, SERGIO ORTEGA, and TOM PARKER, | DATE: October 15, 2007<br>TIME: 9:00 AM<br>DEPT.: Courtroom 8<br>JUDGE: Hon. James Ware<br>CASE FILED: June 5, 2007<br>TRIAL DATE: None Set |
| Defendants. | |

1. To Plaintiff, BUNKER B.W. ROGGE: PLEASE TAKE NOTICE that, on September 28, 2007, Defendant Tom Parker ("Parker") filed "Defendant Tom Parker's Reply to Plaintiff's Motion in Opposition to Parker's Motion to Dismiss for Lack of Personal Jurisdiction," for consideration of this Court pending the scheduled hearing on the motion.

2. Parker's Notice of Reply and Reply, served and filed herewith, are filed subject to Parker's motion to dismiss for lack of personal jurisdiction, served and filed previously.

3. Parker's Reply is filed in accordance with Civil L.R. 7-7(d) and Civil L.R. 7-3(a), and in support of Parker's pending Motion to Dismiss for Lack of Personal Jurisdiction, and related documents, collectively docketed as documents number nine (9) through eleven (11).

4. Parker's Reply is based on this Notice of Reply, Parker's Motion to Dismiss for Lack of Jurisdiction served and filed previously, the Reply served and filed herewith, the pleadings and papers on file in this case, and the records and file herein.

Dated: September 28, 2007

                                                          Respectfully submitted,

                                                          DAVID K. SERGI & ASSOCIATES, P.C.

                            By :  /s/ David K. Sergi
                                  David K. Sergi
                                  *Attorney for Defendant Tom Parker*