1  RALPH J. SWANSON, CA STATE BAR NO. 67751
   SHANNON N. COGAN, CA STATE BAR NO. 214976
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  ralph.swanson@berliner.com
   shannon.cogan@berliner.com
6

7  ATTORNEYS FOR DEFENDANTS BANDERA FALLS
   PROPERTY OWNER'S ASSOCIATION, JEAN M. KENNEDY,
   CLAUDE LINDLEY, LORETTA LINDLEY, PAUL AHRENS,
8  SERGIO ORTEGA, AND ROB JACOBSON

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13 | BUNKER B.W. ROGGE,            | CASE NO. C 07-02920 PVT
14 |        Plaintiff,             | CERTIFICATE OF SERVICE
15 |    v.                         |
16 | BANDERA FALLS PROPERTY OWNER'S|
   | ASSOCIATION, CLAUDE LINDLEY, PAUL
17 | AHRENS, LORETTA LINDLEY, ROB  |
   | JACOBSON, DENNIS BAKER, JEAN  |
18 | KENNEDY, KERRY HELGREN-       |
   | SCHNEIDER, SERGIO ORTEGA, and TOM
19 | PARKER,                       |
20 |        Defendants.            |

21

22                      CERTIFICATE OF SERVICE

23     I, Rebecca Revelez, declare under penalty of perjury under the laws of the State of
   California that the following facts are true and correct:
24
       I am a citizen of the United States, over the age of eighteen years, and not a party to the
25 within action. I am an employee of Berliner Cohen, and my business address is Ten Almaden
   Boulevard, Suite 1100, San Jose, California 95113-2233. On September 27, 2007, I served the
26 following document(s):

27     ORDER CONTINUING HERAING PURSUANT TO STIPULATION

28 in the following manner:

CASE NO. C 07-02920 PVT            -1-
                           CERTIFICATE OF SERVICE

\RR\732075.1
071707-16236001

| | | |
|---|---|---|
| 1 | ☐ | by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, from the sending facsimile machine telephone number of _____. The transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration. The transmission report was properly issued by the transmitting facsimile machine. |
| 4 | ☒ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California addressed as set forth below. |
| 5 | ☐ | by overnight mail by placing the document(s) listed above in a sealed overnight mail envelope with postage thereon fully prepaid, addressed as set forth below. |
| 6 | ☐ | by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| 7 | ☐ | by e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

IN PRO PER

Dennis Baker
7854 Hank Trail.
San Antonio, TX 78250

IN PRO PER

Kerry Helgren-Schneider, Esq.
c/o George E. Hyde, Esq.
Denton, Navarro, Rocha & Bernal, P.C.
2517 No. Main St.
San Antonio, TX 78212

IN PRO PER

Bunker Rogge
101A Christel Oaks
Scotts Valley, Ca 95066

    I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service/Express Mail, Federal Express and other overnight mail services, to wit, that correspondence will be deposited with the United States Postal Service/overnight mail service this same day in the ordinary course of business.

    Executed on September 27, 2007, at San Jose, California.

                                          /S/ REBECCA REVELEZ
                                            REBECCA REVELEZ

## Revelez, Rebecca

**From:** Cogan, Shannon N
**Sent:** Thursday, September 27, 2007 9:44 AM
**To:** Thompson, Diane
**Cc:** Revelez, Rebecca; Wolf, Jon D
**Subject:** Gregson (16236-001)

Please calendar a status conference on Thursday December 6, 2007, at 9:00 AM in Dept 15.

Thank you - Shannon