1  Bunker B. W. Rogge
   In Pro Se
2  101A Christel Oaks
   Scotts Valley CA 95066
3  Telephone: (831) 295-2541
   Facsimile: (831) 440-9593
4

5              United States District Court

6              Northern District of California

7

8  Bunker B. W. Rogge,              )   Case No.: C0702920PVT
                                    )
9           Plaintiff,               )   Honorable Patricia V.
       vs.                           )   Trumbull
10                                   )   United States Chief
   Bandera Falls Property Owner's    )   Magistrate Judge
11 Association, Claude Lindley,      )
   Paul Ahrens, Loretta Lindley,     )   ORDER TO DENY Specially
12 Rob Jacobson, Dennis Baker,       )   Appearing Defendant
   Jean Kennedy, Kerry Helgren-      )   Schneider's Motion Pursuant
13 Schneider, Sergio Ortega, Tom     )   to FED. R. Civ. P 12(b)(2)
   Parker,                           )
14                                   )
                                     )   Complaint Filed: 6/5/2007
15          Defendants.              )   Trial Date:

16 _____

17
           On this the _____ day of _____, 2007, the Court considered
18
   Defendant Schneider's Motion to Dismiss. After careful consideration
19
   of the pleadings and responses by Plaintiff the Court is of the
20
   ORDER TO DENY Specially Appearing Defendant
   Schneider's Motion Pursuant to FED. R. Civ. P        NO. 07CV02920-PVT
21 12(b)(2)

1   Opinion that the Motion should be **DENIED** as follows:

2       IT IS THEREFORE ORDERED that Defendant Schneider's Motion to

3   Dismiss Pursuant to Federal Rule of Civil procedure 12(b)(2) is

4   **DENIED**; that Plaintiff's Opposition is sufficient as a matter of law

5   to establish judicial, general, personal, special limited jurisdiction

6   over Defendant Kerry Helgren-Schneider.

7

8       SIGNED and ENTERED this _____ day of _____, 2007.

9

10

                          **Honorable Patricia V. Trumbull**
11                           **United States Chief Magistrate Judge**

12

13

14

15

16

17

18

19

20   ORDER TO DENY Specially Appearing Defendant
     Schneider's Motion Pursuant to FED. R. Civ. P
     12(b)(2)                                NO. 07CV02920-PVT
21