RALPH J. SWANSON, CA STATE BAR NO. 67751
SHANNON N. COGAN, CA STATE BAR NO. 214976
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
ralph.swanson@berliner.com
shannon.cogan@berliner.com

ATTORNEYS FOR DEFENDANTS BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, JEAN M. KENNEDY, CLAUDE LINDLEY, LORETTA LINDLEY, PAUL AHRENS, SERGIO ORTEGA, AND ROB JACOBSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUNKER B.W. ROGGE,<br><br>Plaintiff,<br><br>v.<br><br>BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, CLAUDE LINDLEY, PAUL AHRENS, LORETTA LINDLEY, ROB JACOBSON, DENNIS BAKER, JEAN KENNEDY, KERRY HELGREN-SCHNEIDER, SERGIO ORTEGA, and TOM PARKER,<br><br>Defendants. | CASE NO. C 07-02920 PVT<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I, Rebecca Revelez, declare under penalty of perjury under the laws of the State of California that the following facts are true and correct:

I am a citizen of the United States, over the age of eighteen years, and not a party to the within action. I am an employee of Berliner Cohen, and my business address is Ten Almaden Boulevard, Suite 1100, San Jose, California 95113-2233. On September 28, 2007, I served the following document(s):

DEFENDANTS' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SPECIAL MOTION TO DISMISS SEVENTH AND EIGHTH CAUSES OF ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

CASE NO. C 07-02920 PVT

-1-

CERTIFICATE OF SERVICE

-2-

1  in the following manner:

2  ☐  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, from the sending facsimile machine telephone number of
3  _____. The transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a
4  transmission record of the transmission, a copy of which is attached to the original of this declaration. The transmission report was properly issued by the transmitting facsimile machine.
5  ☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California addressed as set forth below.
6  ☐  by overnight mail by placing the document(s) listed above in a sealed overnight mail envelope
7  with postage thereon fully prepaid, addressed as set forth below.
8  ☐  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.
9  ☐  by e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the
10  transmission, any electronic message or other indication that the transmission was unsuccessful.

11

12  IN PRO PER                                        IN PRO PER

13  Dennis Baker                                      Kerry Helgren-Schneider, Esq.
    7854 Hank Trail.                                  c/o George E. Hyde, Esq.
14  San Antonio, TX  78250                            Denton, Navarro, Rocha & Bernal, P.C.
                                                      2517 No. Main St.
                                                      San Antonio, TX  78212
15  IN PRO PER

16  Bunker Rogge
    101A Christel Oaks
17  Scotts Valley, Ca  95066

18
        I am readily familiar with my firm's practice for collection and processing of
19  correspondence for mailing with the United States Postal Service/Express Mail, Federal Express
    and other overnight mail services, to wit, that correspondence will be deposited with the United
20  States Postal Service/overnight mail service this same day in the ordinary course of business.

21      Executed on September 28, 2007, at San Jose, California.

22

23                                                    /S/ REBECCA REVELEZ
                                                   _____

24

25

26

27

28

CASE NO. C 07-02920 PVT                       -2-
                                      CERTIFICATE OF SERVICE

\RR\732075.1
071707-16236001