**DENTON, NAVARRO, ROCHA & BERNAL, PC**
GEORGE E. HYDE, ESQ. *Pro Hac Vice*
2517 North Main Avenue
San Antonio, TX 78212
Telephone: (210) 227-3243
Facimile: (210) 225-4481

**KAUFMAN DOLOWICH & VOLUCK LLP**
KATHERINE S. CATLOS, ESQ.   SBN 184227
kcatlos@kdvlaw.com
URSULA D. TAMHANE, ESQ.   SBN 240491
utamhane@kdvlaw.com
351 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 402-0059
Facsimile: (415) 402-0679

Attorneys for Defendant KERRY HELGREN-SCHNEIDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| BUNKER B. W. ROGGE, | Case No.: C07-02920JW |
| Plaintiff, | ACTION FILED: JUNE 5, 2007 |
| vs. | |
| BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, CLAUDE LINDLEY, PAUL AHRENS, LORRETTA LINDLEY, ROB JACOBSON, DENNIS BAKER, JEAN KENNEDY, KERRY HELGREN-SCHNEIDER, SERGIO ORTEGA AND TOM PARKER, | PROOF OF SERVICE |
| Defendants. | |

    I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to this action. My business address is 351 California Street, Suite 500, San Francisco, California, 94104. On the execution date below and in the manner stated herein, I served the following documents:

- **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*; and**

- ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

on all interested parties in this action by placing [ ] the original or [X] a true copy of the original thereof enclosed in sealed envelopes addressed as follows:

Bunker Rogge
101A Christel Oaks
Scotts Valley, CA 95066
Tel: (831) 295-2541
Fax: (831) 440-9593
*Plaintiff in Pro Se*
(Served via mail)

Dennis Baker
7854 Hank Trail
San Antonio, TX 78250
*Defendant in Pro Se*
(Served via mail)

David Kenneth
Kagan Sergi
David Sergi & Associates
109 East Hopkins, Suite 200
San Marcos, TX 78666
Tel: (512) 392-5010
Fax: (512) 392-5042
David@sergilaw.com
*Attorneys for Defendant Tom Parker*
(Served via e-file)

Shannon N. Cogan
Ralph John Swanson III
Berliner Cohen
Ten Almaden Blvd., 11th Floor
San Jose, CA 95113
Tel: (408) 286-5800 Fax: (408) 998-5388
Shannon.cogan@berliner.com
rjs@berliner.com
*Attorneys for Defendants Paul Ahrens;
Bandera Falls Property Owner's Association;
Jean Kennedy; Claude Lindley; Loretta
Lindley; Sergio Ortega; and Rob Jacobson*
(Served via e-file)

George E. Hyde, Associate Attorney
Denton, Navarro, Rocha & Bernal
A Professional Corporation
2517 N. Main Ave.
San Antonio, TX 78212
Tel: (210) 227-3243
Fax: (210) 225-4481
george.hyde@rampage-sa.com
*Co-Counsel: Pro Hac Vice
For Kerry Helgren-Schneider,
Bandera County, County Attorney*
(Served via e-file)

[X]   BY MAIL  Where indicated, I deposited such envelope(s) with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at San Francisco, California. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing, pursuant to this affidavit.

PROOF OF SERVICE

[ ]  BY FACSIMILE  I caused the transmission of the foregoing document by facsimile to the offices of the addressee(s), and such transmission was reported as complete and without error.

[ ]  BY PERSONAL SERVICE  I caused such envelope(s) to be delivered by hand to the offices of the addressee(s) pursuant to CCP §1011.

[X]  (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  (FEDERAL)  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 5, 2007, at San Francisco, California.

*/s/ Karen Stephenson*
Karen Stephenson

PROOF OF SERVICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**FILED**
OCT 0 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

BUNKER B. W. ROGGE,

Plaintiff,

vs.

BANDERA FALLS PROPERTY OWNER'S ASSOCIATION,
CLAUDE LINDLEY, PAUL AHRENS,
LORRETTA LINDLEY,
ROB JACOBSON, DENNIS BAKER,
JEAN KENNEDY,
KERRY HELGREN-SCHNEIDER,
SERGIO ORTEGA AND TOM PARKER,

Defendants

Case No.: C07-02920JW

~~(Proposed)~~ JW

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

George Hyde, Esq. of Denton, Navarro, Rocha & Bernal, PC, an active member in good standing of the Texas State Bar and licensed to practice in the Western and Southern District Courts in Texas, the 5th Circuit Court of Appeals, and the United States Supreme Court, whose business address and telephone number is Denton, Navarro, Rocha & Bergnal, 2517 N. Main Avenue, San Antonio, Texas 78212, telephone (210) 227-3243, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant KERRY HELGREN-SCHNEIDER, BANDERA COUNTY, COUNTY ATTORNEY.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 1, 2007

Hon. James Ware
United States District Court Judge

- 1 -
(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

DENTON, NAVARRO, ROCHA & BERNAL, PC
GEORGE E. HYDE, ESQ., Texas SBN 45006157
george.hyde@rampage-sa.com
2517 N. Main Avenue
San Antonio, Texas 78212
Telephone: (210) 227-3243
Facsimile: (210) 225-4481

Attorneys for Defendant KERRY HELGREN-SCHNEIDER,
BANDERA COUNTY, COUNTY ATTORNEY

ORIGINAL FILED
07 SEP 25 PM 4:06
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

COPY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| BUNKER B. W. ROGGE,<br><br>Plaintiff,<br><br>vs.<br><br>BANDERA FALLS PROPERTY OWNER'S ASSOCIATION,<br>CLAUDE LINDLEY, PAUL AHRENS,<br>LORRETTA LINDLEY,<br>ROB JACOBSON, DENNIS BAKER,<br>JEAN KENNEDY,<br>KERRY HELGREN-SCHNEIDER,<br>SERGIO ORTEGA AND TOM PARKER,<br><br>Defendants | Case No.: C07-02920JW<br><br>APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, George Hyde, Esq. of Denton, Navarro, Rocha & Bernal, PC, an active member in good standing of the Texas State Bar and licensed to practice in the Western and Southern District Courts in Texas, the 5th Circuit Court of Appeals, and the United States Supreme Court, hereby applies for admission to practice in the Northern District of California on *a pro hac vice* basis representing Defendant KERRY HELGREN-SCHNEIDER, BANDERA COUNTY, COUNTY ATTORNEY in the above-entitled action.

In support of this application, I certify on oath that:

//

- 1 -
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above.

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name and telephone number of that attorney is:

Kaufman Dolowich & Voluck LLP
Katherine S. Catlos, Esq.  SBN 184227
kcatlos@kdvlaw.com
Ursula D. Tamhane, Esq.  SBN 240491
utamhane@kdvlaw.com
351 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 402-0059
Facsimile:  (415) 402-0679

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 9/21/07

_____
George E. Hyde, Esq.

- 2 -
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*