1 | David K. Sergi, CA State Bar No. 135201
2 | david@sergilaw.com
   | DAVID K. SERGI & ASSOCIATES, P.C.
3 | 329 South Guadalupe Street
   | San Marcos, Texas 78666
4 | (512) 392-5010 Telephone
   | (512) 392-5042 Facsimile

5 | *Attorney for Defendant Tom Parker*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| BUNKER B.W. ROGGE,<br><br>Plaintiff,<br>v.<br><br>BANDERA FALLS PROPERTY OWNER'S ASSOCIATION, CLAUDE LINDLEY, PAUL AHRENS, LORETTA LINDLEY, ROB JACOBSON, DENNIS BAKER, JEAN KENNEDY, KERRY HELGREN-SCHNEIDER, SERGIO ORTEGA, and TOM PARKER,<br><br>Defendants. | CASE NO. C 07-02920 JW<br><br>NOTICE OF DEFENDANT TOM PARKER'S ANSWER TO COMPLAINT, SUBJECT TO PARKER'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION<br><br>DATE: October 15, 2007<br>TIME: 9:00 AM<br>DEPT.: Courtroom 8<br>JUDGE: Hon. James Ware<br>CASE FILED: June 5, 2007<br>TRIAL DATE: None Set |

**NOTICE OF DEFENDANT TOM PARKER'S ANSWER TO COMPLAINT, SUBJECT TO PARKER'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

1. To Plaintiff, BUNKER B.W. ROGGE: PLEASE TAKE NOTICE that, on October 11, 2007, Defendant Tom Parker ("Parker") filed "Defendant Tom Parker's Answer to Complaint, Subject to Parker's Motion to Dismiss for Lack of Personal Jurisdiction."

2. Parker's Notice of Answer and Answer, served and filed herewith, are filed subject to Parker's motion to dismiss for lack of personal jurisdiction, served and filed previously.

3. Parker's Answer is based on this Notice of Answer, Parker's Motion to Dismiss for Lack of Jurisdiction, served and filed previously, the Answer served and filed herewith, the pleadings and papers on file in this case, and the records and file herein.

NOTICE OF PARKER'S ANSWER TO PLAINTIFF'S COMPLAINT, SUBJECT TO PARKER'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

PAGE 1 OF 2

CASE NO. C 07-02920 JW

| | |
|---|---|
| 1 | Respectfully Submitted, |
| 2 | DAVID K. SERGI & ASSOCIATES, P.C. |
| 3 | |
| 4 | By : /s/ David K. Sergi |
| 5  Dated: October 11, 2007 | David K. Sergi |
| 6 | *Attorney for Defendant Tom Parker* |