UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:** 10/15/2007  **Court Reporter:** Irene Rodriguez
**Case No:** C- 07-02920 JW  **Interpreter:** N/A

## TITLE

**Bunnker Rogge v. Dandera Falls Property Owner Association et al**
**Attorney(s) for Plaintiff(s)**:No appearance made
**Attorney(s) for Defendant(s)**: David Sergi, Matthew Hill (pro hac vice), Margie Barrows, Shannon Cogan, Ralph Swanson, George Hyde, Katherine Catlos

## PROCEEDINGS

Defendants' Various Motions to Dismiss

## ORDER AFTER HEARING

Hearing Held. No appearance made on behalf of the plaintiff. The Court took these matters under submission after oral argument. The Court to issue further order on Motions.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: