# BERLINER COHEN

ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS

TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233

TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388

www.berliner.com

IN ASSOCIATION WITH
MCGRANE GREENFIELD LLP
SAN JOSE • SAN FRANCISCO

SANFORD A. BERLINER*
ANDREW L. FABER
RALPH J. SWANSON
PEGGY L. SPRINGGAY
JOSEPH E. DWORAK
SAMUEL L. FARB
ALAN J. PINNER
FRANK R. UBHAUS
LINDA A. CALLON
JAMES P. CASHMAN
STEVEN J. CASAD
NANCY J. JOHNSON
JEROLD A. REITON

ROBERT L. CHORTEK
JONATHAN D. WOLF
KATHLEEN K. SIPLE
KEVIN F. KELLEY
MARK MAKIEWICZ
ROBERTA S. HAYASHI
JEFFREY S. KAUFMAN
JOLIE HOUSTON
BRIAN L. SHETLER
JOHN F. DOMINGUE
HARRY A. LOPEZ
CHARLES W. VOLPE
MICHAEL VIOLANTI

THOMAS P. MURPHY
H. ANN LIROFF
VICTOR A. PAPPALARDO
CHRISTIAN E. PICONE
THOMAS D. MORELL
SETH J. COHEN
CHRISTINE H. LONG
BRADLEY G. HEBERT
THOMAS E. EBERSOLE
MILES J. DOLINGER
LAURA PALAZZOLO
SHANNON N. COGAN
AARON M. VALENTI

KARA L. ERDODI
ANDREW J. GIORGIANNI
HEATHER H. MUNOZ
FORREST W. HANSEN
MATTHEW A. TAYLOR
MELINDA B. BARKER
SANDRA G. SEPÚLVEDA
SHEEVA J. GHASSEMI
MARCO M. CAMPAGNA
ERIC J. BERQUIST
DEBBIE Y. BAE
NICHOLAS RABY

_____

*A Professional Corporation
RETIRED
SAMUEL J. COHEN
ROBERT W. HUMPHREYS

Branch Office – Merced, CA

_____

OF COUNSEL
HUGH L. ISOLA
STEVEN L. HALLGRIMSON
ERIC WONG
LINDA J. LEZOTTE
NANCY L. BRANDT
DAN W. COOPERIDER

October 15, 2007

VIA HAND DELIVERY AND ELECTRONIC FILING

Honorable James Ware
United States District Court
Northern District of California
United State Courthouse and Federal Building
280 South First Street, Suite 2112
San Jose, CA  95113

     Re:    *Rogge v. Bandera Falls Property Owners Association, et al.*
             District Court Case No. 07-02920
             Our File No.:  16236-001

Dear Judge Ware:

      At the motion hearing this morning in the above-referenced matter, you indicated your belief that California law would follow this case to Texas in the event of a venue transfer.  We investigated this issue and found your understanding to be correct in the event that venue is transferred under 28 U.S.C. § 1404(a), on the basis that the Northern District of California is an inconvenient forum.  Venue transfer under Section 1404(a) would require the Texas court to apply California law.  *Shannon-Vail Five, Inc. v. Bunch*, 270 F.3d 1207, 1210 (9th Cir. 2001), *citing Van Dusen v. Barrack*, 376 U.S. 612, 639 (1964).

      However, if the case is transferred to Texas under 28 U.S.C. § 1406(a), on the basis that the Northern District of California is an improper forum, then the Texas court is required to apply Texas law.  *Nelson v. International Paper Co.*, 716 F.2d 640, 643 (9th Cir. 1983).

Honorable James Ware
October 15, 2007

  Defendant Tom Parker, who filed the only venue motion before the Court, sought transfer on the basis of improper venue, and in the alternative, on the basis of convenience under Section 1404(a). If the court determines that venue transfer is appropriate, we urge transfer under Section 1404(a). Otherwise, we respectfully request a ruling on our clients' motion to strike pursuant to California's anti-SLAPP statute.

               Very truly yours,

               BERLINER COHEN


                /S/ *electronically*

               SHANNON N. COGAN
               E-Mail: shannon.cogan@berliner.com


SNC:snc
cc: Bunker B.W. Rogge (by mail)
   Dennis Baker (by mail)
   Marjie D. Barrows (by facsimile)
   George E. Hyde (by facsimile)
   David K. Sergi (by facsimile)
   Clients (by mail)