1  BUNKER B. W. ROGGE
   IN PRO SE
2  101A CHRISTEL OAKS
   SCOTTS VALLEY CA 95066
3  TELEPHONE: (831) 295-2541
   FACSIMILE: (831) 440-9593
4

FILED

2007 NOV -2 P 3: 48

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8  BUNKER B. W. ROGGE,                    )    CASE NO.: C0702920-JW
                                          )
9          PLAINTIFF,                      )    PLAINTIFF ROGGE'S NOTICE OF MOTION
       VS.                                 )    AND MOTION FOR REHEARING AND TO
                                          )    VACATE HEARING AND ORDER OF 10/15/07
10                                         )    PURSUANT TO
   BANDERA FALLS PROPERTY OWNER'S          )    RULE 25.
11 ASSOCIATION, CLAUDE LINDLEY, PAUL       )
   AHRENS, LORETTA LINDLEY, ROB            )
12 JACOBSON, DENNIS BAKER, JEAN            )    Date:
   KENNEDY, KERRY HELGREN-SCHNEIDER,       )    Time:
13 SERGIO ORTEGA, TOM PARKER,              )    Dept:
                                          )    Judge: Honorable Judge James Ware
14         DEFENDANTS.                     )    Complaint Filed: 6/5/2007
                                          )    Trial Date:
15                                         )

16

17    NOTICE: TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18    PLEASE TAKE NOTICE that Plaintiff, Bunker B. W. Rogge will move

   this court to set a new hearing regarding the hearing of 10/15/2007
19
   and to vacate to original hearing. The motion will be based upon this
20

21 Plaintiff Rogge's Notice of Motion and Motion          NO. 07CV02920-JW
   to Strike Affirmative Defense (1-4) Pursuant to
   FED. R. Civ. P 12(f)                        -1-

1   Notice of Motion and the Motion & Memorandum of Points and

2   Authorities filed therewith, and the pleadings and papers on file

3   herein.

4

5   Dated this ___2___ day of ~~July~~ *Nov.*,

6   2007
    By _____
    Bunker B. W. Rogge

7   In Pro Se
    101A Christel Oaks

8   Scotts Valley CA 95066
    Telephone: (831) 295-2541

9   Facsimile: (831) 440-9593

10

11

12

13

14

15

16

17

18

19

20

21  Plaintiff Rogge's Notice of Motion and Motion
    to Strike Affirmative Defense (1-4) Pursuant to          NO. 07CV02920-JW
    FED. R. Civ. P 12(f)                        -2-