**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BUNKER B.W. ROGGE,                                    No. C 07-02920 JW

        Plaintiff(s),
                                                      CLERK'S NOTICE
   v.

BANDERA FALLS PROPERTY OWNER'S
ASSOCIATION, ET AL,

        Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:


YOU ARE NOTIFIED THAT Plaintiff's Motion for Rehearing and to Vacate Hearing and Order of

October 15, 2007  has been set for hearing on **January 14, 2008 at 9:00 AM ,** Courtroom 8, 4th

Floor, 280 S. 1st  Street, San Jose, California.

Dated:  November 7, 2007

                                     FOR THE COURT,
                                     Richard W. Wieking, Clerk


                                 by:  _____/s/_____
                                      Elizabeth Garcia
                                     Courtroom Deputy