**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Bunker Rogge, | NO. C 07-02920 JW |
| Plaintiff, | **ORDER DENYING MOTION FOR REHEARING AND TO VACATE PREVIOUS COURT ORDERS** |
| v. | |
| Bandera Falls Property Owners Association, et al., | |
| Defendants. | |

Before the Court is Plaintiff's motion for a rehearing and to vacate the October 15, 2007 hearing and October 25, 2007 Order of the Court. (Docket Item No 150.) This is Plaintiff's second motion seeking identical relief.

In its October 25 Order, the Court transferred this case to the Western District of Texas. (Docket Item No. 148.) Before the Court issued the Order, Plaintiff filed a motion requesting "to supplement testimony given at the hearing or, in the alternative, to vacate the testimony given at the hearing." (See Docket Item No. 145.) However, as the Court noted in its October 25 Order, no "testimony" was taken at the hearing. The Court came to its finding based on the papers submitted by Plaintiff and Defendants and merely invited the parties in attendance at the hearing to address the pending motions in light of the Court's intention to transfer the case to Texas. The Court then transferred the case.

Since the case has been transferred, the Court no longer have jurisdiction. <u>Lou v. Belzberg</u>, 834 F.2d 730, 733 (9th Cir. 1987). Accordingly, the Court denies Plaintiff's motion for a rehearing and to vacate the October 15, 2007 hearing and October 25, 2007 Order of the Court. The Court will not entertain further motions regarding these issues.

Dated:  November 16, 2007

                                                  JAMES WARE
                                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Kenneth Kagan Sergi david@sergilaw.com
Katherine S. Catlos kcatlos@kdvlaw.com
Ralph John Swanson rjs@berliner.com
Shannon N. Cogan shannon.cogan@berliner.com

Bunker B.W. Rogge
101A Christel Oaks
Scotts Valley, CA 95066

**Dated: November 16, 2007**                              **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**