FILED

2007 NOV 20  A 11: 13

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1  **BUNKER B. W. ROGGE**
   **IN PRO SE**
2  **101A CHRISTEL OAKS**
   **SCOTTS VALLEY CA 95066**
3  **TELEPHONE: (831) 295-2541**
   **FACSIMILE: (831) 440-9593**
4

5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8  BUNKER B. W. ROGGE,                    )    CASE NO.: C0702920
                                          )
9              PLAINTIFF,                  )    NOTICE OF DISQUALIFICATION OF
                                          )    DISTRICT COURT JUDGE WARE
       VS.                                )    PURSUANT TO C.C.P.§ 170.1(6)(B)[9]
10                                         )
                                          )
11 BANDERA FALLS PROPERTY OWNER'S         )
   ASSOCIATION, CLAUDE LINDLEY, PAUL      )
   AHRENS, LORETTA LINDLEY, ROB           )
12 JACOBSON, DENNIS BAKER, JEAN           )
   KENNEDY, KERRY HELGREN-SCHNEIDER,      )
13 SERGIO ORTEGA, TOM PARKER,             )
                                          )
14             DEFENDANTS.                 )
                                          )
15 _____

16 I. <u>NOTICE AND SUMMARY OF RELIEF REQUESTED</u>

17     Plaintiff Rogge, hereby respectfully notices this court of disqualification of Judge Ware of

18 the Ninth District of the United States District Court pursuant to C.C.P 170.1(6)(B)[9]. Plaintiff,

19 hereby requests proceedings to be heard before an unbiased judge, one who is non-biased when

20 entertaining Pro Se litigants in their court room. District Judge James Ware held a hearing on

21 NOTICE OF DISQUALIFICATION OF DISTRICT COURT        Case No. C07-02920
   JUDGE PURSUANT TO CCP 170.1(6)(b)[9]        -1-

1  10/15/07 in which only the defense attorneys knew to attend and discuss the decisions/resolutions

2  of multiple motions, many filed abusively against the plaintiff and court by an out of control

3  defendant's attorney out of Texas. The allowance of such condoned activities such as abuse to the

4  court processes, misrepresentations directly published by Judge James Ware's office and staff

5  which as a direct result has deprived Plaintiff's Civil Rights as rightfully provided by our American

6  Constitution, should not be and will not be taken lightly. A Pro Se Litigant has every right to

7  appear before a court and a jury of his peers. Fairness, truth and honesty should always be

8  foundational when deciding judicial issues. How can one argue his side, if one is not even invited

9  into the courtroom properly and appropriately.  This experience of direct prejudicial treatment

10 toward myself the Pro Se Plaintiff and the misrepresentations conveyed by this herein mentioned

11 District Judicial office, have caused me to sustained extensive immeasurable damages and extreme

12 hardships.

13

14 Signed this *Nov. 2* day of 2007,
   By

15 Bunker B. W. Rogge
   Plaintiff In Pro Se

16 101A Christel Oaks
   Scotts Valley CA 95066

17 Telephone: (831) 295-2541
   Facsimile: (831) 440-9593

18

19

20

21 NOTICE OF DISQUALIFICATION OF DISTRICT COURT          Case No. C07-02920
   JUDGE PURSUANT TO CCP 170.1(6)(b)[9]        -2-

1

**Proof of Service** FILED

2

3    On the date written below I served the following documents described as:

RICHARD W. WIEKING
CLERK

4    1) NOTICE OF DISQUALIFICATION OF DISTRICT JUDGE WARE PURSUANT TO C.C.P.

U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

5    170.1(6)(B)[9]

6    by serving the parties or their attorney of record in this action listed below by the following
means:

7    **BY MAIL**: United States Postal Service 1ˢᵗ Class Certified Mail. By delivering each envelope

8    directly to the postoffice the postal employee receives the envelope correct paper work and fee

9    and takes envelope for delivery affixing necessary postage and papers to envelop. I am readily

10   familiar with the practice for collection and processing of correspondence for mailing with the

11   U.S. Postal Service on the same day it was placed for collection and processing to the interested

12   party(ies) or their attorney of record to said action at the addresses shown below:

13   1.   **Dennis Baker**                    2.   **Kerry Helgren-Schneider-Pro Se**
          **7854 Hawk Tr.**                        **C/O George E. Hyde**
14        **San Antonio Texas 78250**              **Denton, Navarro, Rocha & Bernal**
          **In Pro Se**                            **2517 N. Main Ave.**
15                                                 **San Antonio, Texas 78212**

16

17   3.   **Ralph J. Swanson, Esq.**
          **Berliner Cohen**
18        **Attorneys At Law**
          **Ten Almaden Boulevard, 11ᵗʰ Floor**
19        **San Jose California 95113-2233**
          **E-Mail: ralph.swanson@berliner.com**
20        **Telephone: (408) 286-5800**
          **Facsimile: (408) 998-5388**
21        **Attorney for Defendants: Bandera Falls Property Owner's Association, Claude**
          **Lindley, Loretta Lindley, Paul Ahrens, Rob Jacobson, Sergio Ortega and Jean**
22        **Kennedy.**

23

24

25

26
     Proof of Service                          **Rogge v. Bandera Falls Property Owner's**
27                                             **Association, et al.**
                                               **Case No.: C0702920**
28

4.    Katherine S. Catlos
     Kaufman Dolowich & Voluck LLP
     351 California Street, Suite 500
     San Francisco, Ca. 94104
     (415)402-0059
     Fax:(415)402-0679
     Email: kcatlos@kdvlaw.com
     Attorney for Defendant: Kerry H. Schneider

5.    David K. Sergi, Esq.
     David K. Sergi & Associates, P.C.
     109 East Hopkins, Suite 200
     San Marcos, Texas, 78666
     Telephone: (512) 392-5010
     Facsimile: (512) 392-5042
     Attorney for Defendant: Tom Parker

I, the undersigned do hereby certify and attest that all parties in interest above have received a true and correct copy of this Notice by First Class Mail and Certified Mail. I declare under penalty of perjury under the laws of the State of California and the United States District Court, Northern District of California, that the foregoing is true and correct. Executed on November _19_, 2007 at Scotts Valley, California.

Bunker B. W. Rogge
Plaintiff In Pro Se
101A Christel Oaks
Scotts Valley CA 95066
Telephone: (831) 295-2541
Facsimile: (831) 440-9593

Proof of Service

Rogge v. Bandera Falls Property Owner's Association, et al.
Case No.: C0702920