IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Bunker Rogge, | NO. C 07-02920 JW |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S VARIOUS MOTIONS** |
| v. | |
| Bandera Falls Property Owners Ass'n, et al., | |
| Defendants. | |

Before the Court are Plaintiff's Motions to Disqualify the Assigned District Judge and for Reconsideration of its October 25 Order. (Docket Item Nos. 157, 158.) This is Plaintiff's third attempt to revisit the Court's October 25 Order transferring this case to the Western District of Texas. (See Docket Item No. 148.)

As stated in the Court's November 16, 2007 Order, since this case has been transferred, the Court no longer has jurisdiction to decide these issues. Lou v. Belzberg, 834 F.2d 730, 733 (9th Cir. 1987). (See Docket Item No. 156.) Moreover, the Court cannot consider Plaintiff's Motion for Reconsideration under Rule 60(b) because the Court did not issue a final judgment; rather, it transferred the case to the Western District of Texas. Plaintiff may seek appropriate relief in that Court.

Accordingly, the Court denies Plaintiff's motions. The Court will not entertain further motions regarding these issues.

Dated: November 30, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Kenneth Kagan Sergi david@sergilaw.com
Katherine S. Catlos kcatlos@kdvlaw.com
Ralph John Swanson rjs@berliner.com
Shannon N. Cogan shannon.cogan@berliner.com

Bunker B.W. Rogge
101A Christel Oaks
Scotts Valley, CA 95066

**Dated: November 30, 2007**                    **Richard W. Wieking, Clerk**

                                                **By:  /s/ JW Chambers**
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**

United States District Court
For the Northern District of California